AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of _____

South Carolina

Anthony L. Mann
_____
Plaintiff
)
)
)
)
v.
)
Lt. C. Failey
_____
Defendant
)
)

Civil Action No.  0:11-cv-2232-RMG-PJG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lt. C. Failey
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Rd.
Leeds, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  October 05, 2011 _____

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____ South Carolina

Anthony L. Mann )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 0:11-cv-2232-RMG-PJG
)
Major Sheronda Sutton )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Major Sheronda Sutton
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann #242498
430 Oakland Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 05, 2011

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of _____

South Carolina

| | |
|---|---|
| *Anthony L. Mann* | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 0:11-cv-2232-RMG-PJG |
| | ) |
| *Warden Robert Stevenson, III* | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Warden Robert Stevenson, III
> 4460 Broadriver Road
> Columbia, S.C. 99210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony L. Mann, # 242498
> 430 Oaklawn Rd.
> Peter, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 05, 2011

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of _____
South Carolina

| | |
|---|---|
| Anthony L. Mann | ) |
| _____ | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 0:11-cv-2232-RMG-PJG |
| | ) |
| Associate Warden Lairy/Cartledge | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Associate Warden Lairy Cartledge
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann #242498
430 Oaklawn Rd.
Peter, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____October 05, 2011_____

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of _____ South Carolina

Anthony L. Mann )
)
_____ )
Plaintiff )
)
v. ) Civil Action No. 0:11-cv-2232-RMG-PJG
)
Ass. Warden John Barkley )
)
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ass. Warden John Barkley
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Rd.
Peteo, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____October 05, 2011_____          s/Jennifer Peterson
                                          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of _South Carolina_

Anthony L. Mann
_____
Plaintiff

v.

Investigator David Hurt
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. 0:11-cv-2232-RMG-PJG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Investigator David Hurt
> 4460 Broadriver Road
> Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony L. Mann, #242498
> 430 Oaklawn Road
> Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____October 05, 2011_____

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

*South Carolina*

| | |
|---|---|
| *Anthony L. Mann* | )<br>)<br>) |
| Plaintiff | ) |
| v. | )    Civil Action No.   0:11-cv-2232-RMG-PJG |
| *Valerie Whitaker* | )<br>) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> *Valerie Whitaker*
> *4460 Broadriver Road*
> *Columbia, S.C. 29210*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> *Anthony L. Mann, #242498*
> *430 Oakhawk Rd.*
> *Pelzer, S.C. 29669*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ October 05, 2011 _____

s/Jennifer Peterson

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann
_____
Plaintiff

v.

Classification Manager Macon
_____
Defendant

)
)
)
)
)
)

Civil Action No. 0:11-cv-2232-RMG-PJG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Classification Manager Macon
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Rd.
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___October 05, 2011___

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

South Carolina

_Anthony L. Mann_ )
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ )
Plaintiff )
)
v. )  Civil Action No.  0:11-cv-2232-RMG-PJG
)
_Donald Sampson, M.D._ )
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Donald Sampson, M.D.
4460 Broadriver Rd.
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann #242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  October 05, 2011                                    s/Jennifer Peterson
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯                    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

*South Carolina*

Anthony L. Mann
_____
Plaintiff

v.

Robyn Elerby :)
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. 0:11-cv-2232-RMG-PJG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robyn Elerby - Grievance Coordinator
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____October 05, 2011_____

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann
_____
Plaintiff

)
)
)
)
)
)
)

v.                                              Civil Action No. 0:11-cv-2232-RMG-PJG

E. Keitt
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

E. Keitt
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, # 242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ October 05, 2011

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of _____

_South Carolina_

| | |
|---|---|
| _Anthony L. Mann_ | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 0:11-cv-2232-RMG-PJG |
| _James Harris, III_ | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Harris, III
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oakland Rd.
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___October 05, 2011___

s/Jennifer Peterson

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of _____
_South Carolina_

Anthony L. Mann
_____
Plaintiff
)
)
)
)
v.                                      )       Civil Action No. 0:11-cv-2232-RMG-PJG
)
Captain Percy Jones
_____
Defendant
)
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

CAPTAIN PERCY JONES
44160 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oakland Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____October 05, 2011_____

s/Jennifer Peterson
_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

| | |
|---|---|
| _Anthony L. Mann_ | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 0:11-cv-2232-RMG-PJG |
| | ) |
| _Captain Wilson_ | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Captain Wilson
> 4460 Broadriver Road
> Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony L. Mann, #242498
> 430 Oakland Rd.
> Leizer, S.C. 29069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___October 05, 2011___

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of _____
*South Carolina*

_Anthony L. Mann_
Plaintiff

)
)
)
)

v.

)

Civil Action No. 0:11-cv-2232-RMG-PJG

)

_Lt. Willie Simmons_
Defendant

)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

_Lt. Willie Simmons_
_4460 Broadriver Road_
_Columbia, S. C. 29210_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

_Anthony L. Mann, #242498_
_430 Oaklawn Road_
_Peter, S. C. 29669_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___October 05, 2011___

s/Jennifer Peterson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann )
_____ )
Plaintiff )
)
v. ) Civil Action No. 0:11-cv-2232-RMG-PJG
)
Lt. T. Johnson )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lt. T. Johnson
4460 Broadriver Rd.
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____October 05, 2011_____          _____s/Jennifer Peterson_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

South Carolina

| | |
|---|---|
| *Anthony L. Mann* | )<br>)<br>) |
| *Plaintiff* | |
| v. | ) Civil Action No. 0:11-cv-2232-RMG-PJG |
| *Sergeant Belue* | )<br>)<br>) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*Sergeant Belue*
*4460 Broadriver Rd.*
*Columbia, S.C. 29210*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Anthony L. Mann, #242498*
*430 Oaklawn Road*
*Pelzer, S.C. 29669*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___October 05, 2011___

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_South CAROLINA_

Anthony L. MANN )
_____ )
Plaintiff )
)
v. ) Civil Action No. 0:11-cv-2232-RMG-PJG
)
SERGEANT Young )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sgt. Young
4460 BroadRiver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. MANN, #242498
430 OAKLAWN Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ October 05, 2011 _____        s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann
_Plaintiff_

v.                                Civil Action No. 0:11-cv-2232-RMG-PJG

Sergeant Herman Wright
_Defendant_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Sgt. Herman Wright
> 4160 Broadriver Road
> Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony L. Mann #242498
> 430 Oaklawn Road
> Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    October 05, 2011                          s/Jennifer Peterson
_____          _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann
_____
Plaintiff
)
)
)
)
v.                                      )        Civil Action No.  0:11-cv-2232-RMG-PJG
)
Sergeant Keith Moore
_____
Defendant
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sgt. Keith Moore
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        October 05, 2011

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of _____
South Carolina

_Anthony L. Mass_
_____
Plaintiff )
)
)
v. )     Civil Action No. 0:11-cv-2232-RMG-PJG
)
_Cpl. Otis Daniels_ )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cpl. Otis Daniels
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mass, # 242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____ October 05, 2011 _____

s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

|  |  |
|---|---|
| Anthony L. MANN<br>*Plaintiff*<br><br>v.<br><br>Corporal Vincent MANley<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 0:11-cv-2232-RMG-PJG<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Corporal Vincent MANley
4460 BroadRiver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. MANN, #242498
430 OAKLAWN Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   October 05, 2011

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

South Carolina

| | |
|---|---|
| *Anthony L. Mann* | ) |
| Plaintiff | ) |
| | ) |
| v. | )    Civil Action No. 0:11-cv-2232-RMG-PJG |
| *Corporal Smalls* | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Corporal Smalls
4460 Broadriver Road
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    October 05, 2011

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

|  |  |
|---|---|
| Anthony L. Mann | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 0:11-cv-2232-RMG-PJG |
| | ) |
| Corporal Ray | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Corporal Ray
> 4460 Broadriver Road
> Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony L. Mann #242498
> 430 Oaklawn Road
> Peter, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    October 05, 2011

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____
South Carolina

| | |
|---|---|
| *Anthony L. Mass* | )<br>)<br>) |
| Plaintiff | ) |
| v. | )   Civil Action No. 0:11-cv-2232-RMG-PJG |
| *Officer Murray* | )<br>)<br>) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> *Officer Murray*
> *4460 Broadriver Road*
> *Columbia, S.C. 29210*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> *Anthony L. Mass, #242498*
> *430 Oaklawn Road*
> *Pelzer, S.C. 29669*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    October 05, 2011

s/Jennifer Peterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann )
_____ )
Plaintiff )
)
v. ) Civil Action No. 0:11-cv-2232-RMG-PJG
)
Officer McNeal )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Officer McNeal
4460 Broadriver Rd.
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Peter, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____October 05, 2011_____           s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____
South Carolina

Anthony L. Mann
_____
Plaintiff

v.                                    )    Civil Action No. 0:11-cv-2232-RMG-PJG

Officer Cox
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Officer Cox
4460 Broadriver Rd.
Columbia, S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Pelzer, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        October 05, 2011
_____        _____
                                s/Jennifer Peterson
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

_____ District of _____
_South Carolina_

Anthony L. Mann

_Plaintiff_

v.

Christian Manganelli

_Defendant_

Civil Action No. 0:11-cv-2232-RMG-PJG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Christian Manganelli
Richland County Fire Dept

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242498
430 Oaklawn Road
Deber, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ October 05, 2011 _____

s/Jennifer Peterson

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

South Carolina

Anthony L. Mann )
_____ )
Plaintiff )
)
v. ) Civil Action No. 0:11-cv-2232-RMG-PJG
)
C. Cook )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

C. Cook
Richland County Fire Dep't

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony L. Mann, #242490
430 Oakland Road
Peter, S.C. 29669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___October 05, 2011___                    s/Jennifer Peterson
_____
*Signature of Clerk or Deputy Clerk*