**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED CLERK'S OFFICE

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Main | 0:11-CV-2232-RMG-PJG |
| DEFENDANT | TYPE OF PROCESS |
| E. Keith – Mailroom Supervisor | CIVIL |

2011 AUG 22 A 10:11

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
|  | 4460 Broadriver Rd., Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Anthony L. Main #242498<br>430 Oaklawn Road<br>Pelzer, S.C. 29669 | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case : 29 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Day Shift

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Anthony L. Main | | N/A | 8/15/11 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 71 | 71 | Judy Williams | 10/5/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Cm Kellett | | |
| Address (complete only if different than shown above) | Date of Service 10/27/11 | Time 11:15 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | .68 | | 83.18 | | 83.18 | |

REMARKS: 1040-1210 1.5 hrs   20 mile   $.51 ÷ 15 = .68

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED CLERK'S OFFICE

Ex. 3

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22 A 10:10 | 0-11-cv-2232-RMG-PJG |
| DEFENDANT    DISTRICT COURT    DISTRICT OF SOUTH CAROLINA    CHARLESTON SC | TYPE OF PROCESS |
| Corporal Smalls | Civil |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)    4460 Broadriver Correctional Institution |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Anthony L. Mann #242498    430 Oaklawn Road    Pelzer, S.C. 29669 | Number of process to be served with this Form - 285: 1 |
| | Number of parties to be served in this case: 29 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Night Shift

2011 NOV 11    RECEIVED SDC CLERK

UNITED STATES MARSHALS COLUMBIA, SC
2011 OCT -5 PM 3:58 RECEIVED

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER    N/A | DATE    8/15/11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process    1 | District of Origin    No. 71 | District to Serve    No. 71 | Signature of Authorized USMS Deputy or Clerk    Judy Williams | Date    10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)    cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service    10/27/11    Time    1115 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee    82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges    82.50 | Advance Deposits | Amount owed to U.S. Marshal or    82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 1040-1210 1.5 hr    Mileage On #2

**I Declare Under Penalty Of Perjury**
**That The Foregoing Is True And Correct**

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED CLERK'S OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22 A 10: 10 | 0:11-CV-2232-RMG PJG |
| DEFENDANT   DISTRICT COURT  DISTRICT OF SOUTH CAROLINA  CHARLESTON  Corporal Ray | TYPE OF PROCESS  CIVIL |

**SERVE** ▶

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4460 Broadriver Road, Columbia, S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann #242498
430 Oaklawn Road
Pelzer, S.C. 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                                  Fold

Day Shift

USDC CLERK RECEIVED
2011 NOV -7

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER  N/A | DATE  8/15/11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)  C/o Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  10/27/11 | Time  1115 ☑ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee  82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges  82.50 | Advance Deposits | Amount owed to U.S. Marshal or  82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 1040-1210 1.5 hrs Mile 0on # h

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED CLERK'S OFFICE

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

2011 AUG 22 A 10: 12

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann | O-11-cv-2232-RMG-PJG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Major Sheronda | CIVIL |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 4460 Broadriver Road, Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann #242448
430 Oakland Road
Pelzer, S.C. 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

UNITED STATES MARSHALS COLUMBIA SC

2011 OCT 11 RECEIVED PM 3:59

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                    Fold

Any Shift

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Juof William | Date 10/5/11 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/21/11 | Time 11 15 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.00 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 1040-1210 1.5 hrs miles #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED CLERK'S OFFICE

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF *Anthony L. Mann* | COURT CASE NUMBER *0:11-CV-2232-RMG-PJG* |
| DEFENDANT *C. Cook* | TYPE OF PROCESS *Civil* |

2011 AUG 22 A 10: 10
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Richland County Fire Department*

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*?*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*Anthony L. Mann, #242498*
*438 Oaklawn Road*
*Peter, S.C. 29669*

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*This individual quit SCDC and went to work for the Richland County Fire Dept.*

2011 NOV SCDC RECEIVED

UNITED STATES MARSHALS COLUMBIA SC 2011 OCT -5 PM 2:59 RECEIVED

| | | |
|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER *N/A* | DATE *8/15/11* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk *Judy Williams* | Date *10/5/11* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served (if not shown above) *Cm Kellett* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service *10/27/11* | Time *1115* ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee *82.80* | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges *83.80* | Advance Deposits | Amount owed to U.S. Marshal or *82.80* | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: *1040-1210 /Hrs 1.5    mileson # 2*

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| | | |
|---|---|---|
| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285** (Rev. 12/15/80) |

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

RECEIVED CLERKS OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann       2011 AUG 22 A 10 12 | 0-11-cv-2232-RMG-PJG |
| DEFENDANT | TYPE OF PROCESS |
| Warden Robert Stevenson, III   DISTRICT COURT   DISTRICT OF SOUTH CAROLINA | CIVIL |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4460 Broadriver Road, Columbia, S.C. 29210

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Anthony L. Mann #242428<br>430 Oaklawn Road<br>Pelzer, S.C. 29669 | Number of process to be served with this Form - 285: 1 |
| | Number of parties to be served in this case: 29 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                    Fold

Day Shift

UNITED STATES MARSHALS
COLUMBIA SC
2011 OCT -5 PM 3:52
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 71 | No. 71 | Judy Williams | 10/5/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11   Time 11:15 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | | | 82.50 | | 82.50 | |

REMARKS: mile out # 2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED CLERK'S OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22 A 10: 12 | O:11-CV-2232-RMG-PJG |
| DEFENDANT    DISTRICT COURT    DISTRICT OF SOUTH CAROLINA | TYPE OF PROCESS |
| Associate Warden Larry | CIVIL |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  4460 Broadriver Road, Columbia, S.C. 29210 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Anthony L. Mann #242498  438 Oaklawn Road  Pelzer, S.C. 29669 | Number of process to be served with this Form - 285    1 |
| | Number of parties to be served in this case    29 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Day Shift

SCDC CLERK RECEIVED NOV 2011

UNITED STATES MARSHALS COLUMBIA, SC    2011 OCT -5 PM 3: 56    RECEIVED

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  N/A | DATE  8/15/11 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. 71 | District to Serve  No. 71 | Signature of Authorized USMS Deputy or Clerk   Greg Walker | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above)   Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  10/27/11    Time 1/15 ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee  82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee  8 | Total Charges  82.50 | Advance Deposits | Amount owed to U.S. Marshal or  82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: miles on to 2

**I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct**

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

CA-10
RECEIVED CLERK'S OFFICE

2011 AUG 22 'A 10 12

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

| PLAINTIFF Anthony L. Mann | COURT CASE NUMBER 0:11-cv-2232-RMG-PJG |
|---|---|
| DEFENDANT Investigator David Hurt | TYPE OF PROCESS Civil |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Broadriver Correctional Institution |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 4460 Broadriver Road, Columbia, S.C. 29210 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Anthony L. Mann #242498
430 Oaklawn Road
Delzer, S.C. 29669 | Number of process to be served with this Form - 285    1 |
| | Number of parties to be served in this case    29 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                    Fold

Day Shift

2011 OCT -5 PM 4:00
UNITED STATES MARSHALS
COLUMBIA SC
RECEIVED

NOV - ? RECEIVED
CLERK'S

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) 1 | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Judy Williams | Date 10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11    Time 1115   am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Miles On #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED CLERKS OFFICE

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22 A 10:12 | 0:11-CV-2232-RMG-PJG |
| DEFENDANT    DISTRICT COURT | TYPE OF PROCESS |
| Ass. Warden John Barkley THE SOUTH CAROLINA | CIVIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4460 Broadriver Rd., Columbia, S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Anthony L. Mann #292478<br>430 Oaklawn Road<br>Leeds, S.C. 29669 | Number of process to be served with this Form - 285 — 1 |
| | Number of parties to be served in this case — 29 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                      Fold

Day Shift

UNITED STATES MARSHALS
COLUMBIA SC
2011 OCT -5 PM 4:00
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Anthony L. Mann | | N/A | 8/15/11 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 21 | No. 21 | Judy Williams | 10/5/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Crookellett | |
| Address (complete only if different than shown above) | Date of Service 10/27/11    Time 115 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | | | 82.50 | | 82.50 | |

REMARKS: Miles On #2

**I Declare Under Penalty Of Perjury**
**That The Foregoing Is True And Correct**

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

RECEIVED CLERK'S OFFICE

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann     2011 AUG 22 A 10:12 | 0:11-cv-2232-RMG-PJG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Lt. C. Failey     DISTRICT COURT DISTRICT OF SOUTH CAROLINA | Civil |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 4460 Broadriver Road, Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Anthony L. Mann #242498<br>430 Oaklawn Road<br>Pelzer, S.C. 29669 | Number of process to be served with this Form - 285 : **1** |
| | Number of parties to be served in this case : **29** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Day Shift

UNITED STATES MARSHALS COLUMBIA SC    2011 OCT -5 PM 3:58 RECEIVED

USDC CLERK    2011 NOV

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Anthony L. Mc | N/A | 8/15/11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 71 | No. 71 | Judy Williams | 10/5/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Cm Kellett | |

| Address (complete only if different than shown above) | Date of Service | Time | |
|---|---|---|---|
| | 10/27/11 | 1115 | ☒ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | | | 82.50 | | 82.50 | |

REMARKS: Mile out # 2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED CLERK on the reverse of this form.

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann   2011 AUG 22 A 10:12 | 0:11-cv-2232-RMG-PJG |

| DEFENDANT   DISTRICT COURT   DISTRICT OF SOUTH CAROLINA   CHARLESTON | TYPE OF PROCESS |
|---|---|
| Classification Case Management | CIVIL |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4460 Broadriver Road, Columbia S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann #242498
430 Oaklawn Road
Peter, S.C. 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Day Shift

USDC CLERK 2011 NOV

UNITED STATES MARSHALS COLUMBIA SC

RECEIVED 2011 OCT -5 PM 4:01

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | N/A | 8/15/11 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 71 | 71 | guof Williar | 10/5/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Cm Kellett | |

| Address (complete only if different than shown above) | Date of Service | Time 1115 ☐ am ☐ pm |
|---|---|---|
| | 10/27/11 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | | | 82.50 | | 82.50 | |

REMARKS: Miles on # 2

**I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct**

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

RECEIVED CLERK'S OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22  A 10: 12 | 0:11-cv-2232-RMG-PJG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Valerie Whitaker - Classification Mana DISTRICT COURT STATE OF SOUTH CAROLINA | CIVIL |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4460 Broadriver Rd, Columbia, S.C. 29210

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Anthony L. Mann #242498 430 Oaklawn Road Pelzer, S.C. 29669 | Number of process to be served with this Form - 285 — **1** |
| | Number of parties to be served in this case — **29** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Any Shift

2011 NOV -1 USDSC

UNITED STATES MARSHALS COLUMBIA SC
2011 OCT -5 PM 4:0
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|---|
| Anthony L. Mann | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 10/5/11 |
|---|---|---|---|---|---|
| | 1 | | | Geof William | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| cin Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service: 10/27/11   Time: 1115 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | | | 82.50 | | 82.50 | |

REMARKS: File on #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

J Moses

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

9-18

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED CLERK OFFICE

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22 A 10:10 | O:11-CV-2232-RMG-PJG |
| DEFENDANT    DISTRICT COURT    DISTRICT OF SOUTH CAROLINA | TYPE OF PROCESS |
| Officer Cox | CIVIL |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 4460 Broadriver Road, Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| ⌐Anthony L. Mann #242498 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| 430 Oakland Road | Number of parties to be served in this case | 29 |
| Petzer, S.C. 29669 | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                          Fold

Day Shift

| Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER    N/A | DATE    8/15/11 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process    1 | District of Origin    No. 71 | District to Serve    No. 71 | Signature of Authorized USMS Deputy or Clerk    Judy Wulin | Date    10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)    Cn Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service    10/27/11    Time    1115    ☒ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee    82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges    82.50 | Advance Deposits | Amount owed to U.S. Marshal or    82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS    Miles on # 2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

PRIOR EDITIONS
MAY BE USED            **1. CLERK OF THE COURT**            FORM USM-285 (Rev. 12/15/80)

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

RECEIVED CLERK'S OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann | 0:11-cv-2232-RMG-PJG |
| 2011 AUG 22 A 10: 10 | |
| DEFENDANT | TYPE OF PROCESS |
| Col. Otis Daniels | CIVIL |

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4460 Broadriver Rd., Columbia, S.C. 29210

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Anthony L. Mann, #242498 | Number of process to be served with this Form - 285: **1** |
| 430 Oaklawn Road | Number of parties to be served in this case: **29** |
| Pelzer, S.C. 29669 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Day Shift

UNITED STATES MARSHALS COLUMBIA SC
2011 OCT -5 PM 4:33 RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk  Judy Williams | Date 10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)  Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11  Time 1115 am pm  Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Tubes 6 at 2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED CLERK'S OFFICE

| PLAINTIFF Anthony L. Mann | COURT CASE NUMBER 0:11-cv-2232-RMG-PJG |
|---|---|
| DEFENDANT Sergant Harman Wright | TYPE OF PROCESS CIVIL |

2011 AUG 22 A 10: 11

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4460 Broadriver Rd. Columbia, S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann #242498
420 Oaklawn Road
Peteo, S.C. 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

Day Shift

RECEIVED
2011 NOV 01
USDC SC

UNITED STATES MARSHALS
COLUMBIA, SC
2011 OCT -5 PM 4:03
RECEIVED

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT
Anthony L. Mann

| TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Greg Wilbar | Date 10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11 | Time 1115 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Yrileson # 2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

9-23

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED CLERK'S OFFICE

| PLAINTIFF Anthony L. Mann | 2011 AUG 22 A 10: 11 | COURT CASE NUMBER 0:11-cv-2232-RMG-PJG |
|---|---|---|

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| DEFENDANT Sergeant Belue | TYPE OF PROCESS CIVIL |
|---|---|

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 4460 Broadriver Rd. Columbia, S.C. 29210 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Anthony L. Mann #242498 430 Oaklawn Road Pelzer, S.C. 29669 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **29** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Day Shift

USDC CLERK
2011 NOV -1

UNITED STATES MARSHALS
COLUMBIA SC

RECEIVED
2011 OCT -5 PM 4:02

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Linda Miller | Date 10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11 | Time 1115 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Miles on #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service** RECEIVED CLERK'S OFFICE

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann    2011 AUG 22 A 10: 11 | 0:11-cv-2232-RMG-PJG |
| DEFENDANT    DISTRICT COURT | TYPE OF PROCESS |
| Robyn Elerby-Grievance Coordinator    DISTRICT OF SOUTH CAROLINA | CIVIL |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Broadriver Correctional Institution |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 4460 Broadriver Road, Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| ┌ Anthony L. Mann, #242498 | Number of process to be served with this Form - 285 : 1 |
| 430 Oaklawn Road | Number of parties to be served in this case : 29 |
| └ Pelzer, S.C. 29669 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                      Fold

Day Shift

UNITED STATES MARSHALS COLUMBIA, SC   2011 OCT -5 PM 4:01   RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|
| Anthony L. Ma | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk   Judy Wular | Date 10/5/11 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)    Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11   Time 1115 ☒am ☐pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Mile on #2

I Declare Under Penalty Of **Perjury**
That The Foregoing Is True **And Correct**

**PRIOR EDITIONS MAY BE USED**            **1. CLERK OF THE COURT**            **FORM USM-285 (Rev. 12/15/80)**

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED CLERK'S OFFICE

2011 AUG 22 A 10: 11

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann | O:11-cv-2232-RMG-PJG |
| DEFENDANT | TYPE OF PROCESS |
| James Harris III | CIVIL |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Broadriver Correctional Institution |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 4460 Broadriver Rd., Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann #242498
430 Oaklawn Rd.
Pelzer, SC 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Day Shift

2011 NOV    USDC CLERK

UNITED STATES MARSHALS
COLUMBIA, SC    2011 OCT -5 PM 4:0    RECEIVED

Signature of Attorney or other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| N/A | 8/15/11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 71 | No. 71 | Judy Williams | 10/5/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service: 10/7/11    Time: 1115 am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 82.50 | | | 82.50 | | 82.50 | |

REMARKS: Miles on #2

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service    RECEIVED CLERK'S OFFICE

2011 AUG 22 A 10: 11

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON SC

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann | 0:11-cv-2232-RMG-PJG |
| DEFENDANT | TYPE OF PROCESS |
| Captain Percy Jones | CIVIL |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4460 Broadriver Road, Columbia, S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann #242498
430 Oakland Road
Pelzer, S.C. 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                        Fold

Day Shift

UNITED STATES MARSHALS
COLUMBIA, SC
2011 OCT -5 PM 4: 02
RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date 10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/27/11  Time 1115  ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Mileage #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

RECEIVED CLERKS OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L. Mann | 0:11-CV-2232-RMG-PJG |
| DEFENDANT | TYPE OF PROCESS |
| Carmen Wilson | Civil |

2011 AUG 22 A 10: 11
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Broadriver Correctional Institution |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 4460 Broadriver Rd., Columbia, S.C. 29210 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Anthony L. Mann # 242498 <br> 430 Oaklawn Road <br> Pelzer, S.C. 29669 | Number of process to be served with this Form - 285: **1** |
| | Number of parties to be served in this case: **29** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

One Shift

USDC CLERK
2011 NOV 1

UNITED STATES MARSHALS COLUMBIA SC
2011 OCT -5 PM 4: 02
RECEIVED

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process **1** | District of Origin No. **71** | District to Serve No. **71** | Signature of Authorized USMS Deputy or Clerk *Judy Williams* | Date **10/5/11** |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) <br> Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service **10/27/11** Time **115** ☒ am ☐ pm <br> Signature of U.S. Marshal or Deputy |

| Service Fee **82.50** | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges **82.50** | Advance Deposits | Amount owed to U.S. Marshal or **82.50** | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Miles on #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

9.30

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

RECEIVED CLERKS OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony L Mann | 0:11-CV-2232-RMG-PJG |
| DEFENDANT | TYPE OF PROCESS |
| Lt. Willie Simmons | CFVBL |

2011 AUG 22 A 10:11

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Broadriver Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4460 Broadriver Rd, Columbia, S.C. 29210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony L. Mann, #242498
430 Oaklawn Road
Pelzer, S.C. 29669

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 29 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold

Day Shift

RECEIVED
USDC CLERK
2011 NOV 1

UNITED STATES MARSHALS
COLUMBIA SC
2011 OCT -5 PM 4:0
RECEIVED

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 8/15/11 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Judy William | Date 10/5/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Cm Kellett | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 10/27/11 — Time 1115 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 82.50 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 82.50 | Advance Deposits | Amount owed to U.S. Marshal or 82.50 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Miles on #2

I Declare Under Penalty Of Perjury
That The Foregoing Is True And Correct

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|