Exhibit 6

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT AND HEARING RECORD**

Case#: __00066__ Inmate Name: __Mann, Anthony__ SCDC#: __242498__

Living Area: ~~S0125A~~ SO 206 Job: Locked-Up Custody: SP3

Offense Date: 08/23/10 Offense Time: 11:45 AM/~~PM~~ Institution: __BRCI__

Offense Description: 904/ Possession of Escape Tools and/or Paraphernalia:....

Charging Officer/Employee: __H. Wright__ Title: __Sgt__

**INMATE NOTIFICATION:** YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER YOUR RECEIPT OF THIS NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL STATEMENT.

---

**INMATE WAIVERS:**

☐ I GIVE UP MY RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.
☐ I DO NOT WANT TO BE PRESENT AT MY HEARING          ☐ I WAIVE MY RIGHT TO A HEARING
☒ I DO WANT MY ACCUSER PRESENT AT THE HEARING          **SMU/SEGREGATION ONLY**
☐ I DO NOT WANT MY ACCUSER PRESENT AT THE HEARING          ☐ I WANT A COUNSEL SUBSTITUTE
                                                          ☒ I DO NOT WANT A COUNSEL SUBSTITUTE

Date &Time Notified: 9/8/10  6:12 AM/PM  By (Print): H. Wills Simmons
Inmate Signature: _[signature]_          SCDC#: 242498          Date: 9/18/10

---

**HEARING INFORMATION:**

| Hearing Date | Hearing Time | Tape: | Side: | Start: | End: |
|---|---|---|---|---|---|
| 9/20/10 | 9:00 am/pm | #17 | 66 | 096 | 201 |

EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF THE HEARING; (2) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE; IF ANY (3) WITNESSES, (4) DOCUMENTATION, OR (5) EVIDENCE WAS EXCLUDED FROM THE HEARING; OR (6) IF INMATE WAS DENIED CONFRONTATION QUESTIONING AND/OR CROSS EXAMINATION OF A WITNESS AT THE HEARING.

Need another DHO S. Patterson witnessed the incident
a mental health statement has been attached

---

| OFFENSE CODES | 904 | | | | |
|---|---|---|---|---|---|
| INMATE PLEA (G, NG, None) | NG | | | | |
| FINDINGS (G, NG, DS) | G | | | | |

IF GUILTY, EVIDENCE PRESENTED CONSIDERED AND REASONS FOR DETERMINATION OF GUILT: (A) ADMISSION OF GUILT; (B)OFFICER'S REPORT; (C) WITNESS TESTIMONY; (D) OTHER, EXPLAIN IN DETAIL: Based on the marsh testimony of Sgt. Wright, the picture evidence and testimony Sgt. Blue, contraband (Sgt. inmate) is guilty 2 possessing

HEARING LENGTH: _____ (MINUTES) a too tool (broken paper clip) in which was in his mouth.

**SANCTIONS:**

Loss of Privileges (Days) _____    Reprimand: _____    Loss of Good Time (days): N/A
    * Property (Days) 360+360= 720    Extra Duty: _____    Restitution: $ _____ **
    * Canteen (Days) 360+360=720    Visit Suspension Thru 360+360 = 720
Telephone Susp (Days) 360+360=720    Cell Restriction (Days): _____
    * Disciplinary Detention (Days): 360

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: 3rd offense for this charge; level 1; serious(ness) 2 charge; SCDC mission; 1st offense for this charge since March 2010.

CREDIT FOR PHD TIME SERVED? YES/NO          IF YES, DAYS _____

DATE INMATE PLACED IN PHD  N/A /          Thum by Sgt Jah

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT → Inmate refused to attend DATE: 9-20-10  hearing

HEARING OFFICER (PRINT NAME) Audrey Daniels-Moore

(APPROVED)/REVERSE/MODIFY — _[signature]_          REASON _____
                                          Warden

CONTACT YOUR CLASSIFICATION CASEWORKER OR COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

White - Institutional Record                                          Canary - Inmate (Service of Disciplinary Report)
Golden Rod - Inmate (Service of Disciplinary Hearing Disposition)          Pink - Central Record
**(Note: When there is restitution, a copy of this form should be forwarded to Financial Accounting.)

SCDC 19-69 (Rev., May 2007)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

**INCIDENT REPORT**

8/31/10    50125 A
129    SP 3    Page 1 of 1

| | |
|---|---|
| Institution / Center: | BRCI / SMU |
| Date of Report: 23 Aug 2010 | Time of Report: 12 30 pm |
| Reporting Official: Sgt Wright, H # 023723 | Date of Incident: Aug 23, 2010 |
| Location of Incident: SMU - Supervisor Office | Time of Incident: Approx: 11 45 am |

| Inmate(s)/Resident: SCDC# Age Race Sex | Employee(s) Involved: |
|---|---|
| 1. Anthony, Mann # 242498    W/m | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

On the above date and approximate time: I, Sgt Wright, while assigned to the Saluda Unit, assisted in the DHO Hearing. While doing so, I, Sgt Wright observed I/m Anthony Mann # 242498 sitting in the chair moving something around in his mouth, at which time I, Sgt Wright pulled out a pair of gloves and step towards I/m Mann and had inmate Mann give me the broken paper clip he took out of his mouth. No further incident to report.

Signature: _Herman Wright_

Evidence: 2 Pieces of Broken Clip

Witness(es): LT. Simmons, Mrs Williams

Supervisor's Comments: Fore ward to Major Sutton For Further Action

Signature: _____    Title: LT    Date/Time: 8/23/10    12:50 pm

Major / Responsible Authority:
904. Possession of Escape Tools/and or Paraphernalia

Signature: _S. Sutton_    Title: Major    Date: 8/30/10

STG Related - Refer to STG Committee
( ) Yes    ( ) No    (✓) Unknown

This Incident is DRUG related
( ) Yes    ( ) No    (✓) Unknown

**Action Taken**

( ) Informal Resolution
( ) Administrative Resolution
(✓) Refer to Disciplinary Hearing

SCDC19-29A (Rev. February 2004)