# Exhibit 14

**SOUTH CAROLINA DEPARTMENT OF CORRECTION**
**REQUEST TO STAFF MEMBER**

RECEIVED AUG 08 2010 BRCI WARDEN'S OFFICE

cc: file
cc: Att'y. Joshua S. Kendrick

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Warden Robert Stevenson, III | | 07 August 2010 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Anthony L. Mann | 242498 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| BRCI | SA-125 |

Warden, on Wed., 7-28-10, Lt. Failey kicked me and punched me numerous times in my head and facial area and I had to be shielded and protected from her by other officers. All of this was done as I was in full body restraints and held down by the other officers. This occured after I kicked Lt. Failey in her neck and flipped her back across the handrail causing her to roll down the handrail of the short steps in SMU. And this was after Lt. Failey had to be physically pushed back away from me by another officer, she threw my bag of legal work across a hallway, and threatened me numerous times, telling me that she was going to "beat me like my mama should've." I've explained all of this to Capt. Jones, Capt. Wilson, Maj. Sutton, and a number of other officials. They indicate to me they believe I am lying and using Lt. Failey as a scapegoat. Lt. Failey even falsified her report, stating I only _tried_ to kick her, but didn't make contact. I have numerous affidavits by inmates and numerous officers will tell otherwise. I am writing all of this to you now to ask you to provide me a polygraph examination with Ms. Coggins to prove my verality. I promise I'll show no deception, and will prove Lt. Failey is lying. If necessary, I will even pay for this exam myself.

**DISPOSITION BY STAFF MEMBER:**

Mann:

Your claims have been forwarded to Investigator Hunt to investigate.

| DATE: | SIGNATURE: |
|---|---|
| 8-23-10 | [signature] |

SCDC FORM 19-11 (REV.FEB 2001)