# Exhibit 16

8/31/10

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## INCIDENT REPORT

90125A
12.9    SP3    Page 1 of 1

**Institution/Center:** Broad River Correctional Institution
**Date of Report:** August 23, 2010
**Time of Report:** Approx 8:50 pm
**Reporting Official:** Lt. Willie Simmons 020173
**Date of Incident:** August 23, 2010
**Location of Incident:** SMU Salvda Unit Cell #130
**Time of Incident:** Approx: 4:30 pm

| Inmate(s)/Resident: | SCDC# | Age | Race | Sex | Employee(s) Involved: |
|---|---|---|---|---|---|
| 1. MANN ANTHONY | 242498 | | W | M | 1. Ofc. J. Cook      Cpl Ray |
| 2. | | | | | 2. Ofc. Manganelli |
| 3. | | | | | 3. Sgt. K. Moore |
| 4. | | | | | 4. Cpl. Maninely |
| 5. | | | | | 5. Ofc. McNeal |

**On the above date and approximate time:** I Lt.W. Simmons gave Inmate Mann Anthony SCDC# 242498 several directive to back up to his cell door to be restrained. Inmate Mann refused all directive. At that time I Lt. Simmons administered two short burst of MK-9 fogger in to I/M Mann cell #130. Canister #1 A-1-B-1. Beginning weight: 310.4 - Amount used: 109.4 Ending weight: 102.0 LPN Susan Sebat notify.

Approximately 4:53 pm I Lt. W. Simmons went back to Inmate Mann cell #130 to see if he will comply to my directive. I/M Mann stated (Fuck you) at that time I Lt. Simmons gave I/M Mann several more directive to back up to his cell door to be hand cuffed. I/M Mann refused all directive. At that time I Lt. Simmons administered two more short burst of MK-9 fogger in to his cell. The Force Cell Movement Team was assembled. Shield Man: Ofc. S. Cook 2) Upper Left: Ofc. Manganelli 3) Upper Right: Sgt. K. Moore 4) Lower Left: Cpl Maninely 5) Lower Right: Ofc. McNeal Video Recorder: Cpl Ray   Canister #2 A-2/B-2
Beginning weight: 523.9 - Amount used: 138.7 Ending weight: 385.2   Total used: 248.1

**Signature:** Willie Simmons 020173

**Evidence:**
**Witness(es):**
**Supervisor's Comments:** Referred to the Major for action.

**Signature:** [signed]   **Title:** CPT.   **Date/Time:** 8-23-10 10:00pm

**Major/Responsible Authority:** Due to the continual of the charges and due to the seriousness 825 Refusing or failing to obey

**Signature:** S. [signed]   **Title:** Major   **Date:** 8/30/10

- STG Related - Refer to STG Committee
  ( ) Yes   ( ) No   (✓) Unknown
- This Incident is DRUG related
  ( ) Yes   ( ) No   (✓) Unknown

**Action Taken**
( ) Informal Resolution
( ) Administrative Resolution
(✓) Refer to Disciplinary Hearing