Exhibit 17

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## INCIDENT REPORT

8/31/10

SCI 25 A
12.9
SP3
Page 1 of 1

Institution/Center: BRCI / SMU
Date of Report: 8/23/10
Time of Report: approx 6:45 pm
Reporting Official: Sgt. K. Moore (032883)
Date of Incident: 8/23/10
Location of Incident: Saluda Cell 130
Time of Incident: approx 4:53 pm

| Inmate(s)/Resident: | SCDC# | Age | Race | Sex | Employee(s) Involved: |
|---|---|---|---|---|---|
| 1. Mann, Anthony | 242498 | | W | M | 1. Listed Below |
| 2. | | | | | 2. |
| 3. | | | | | 3. |
| 4. | | | | | 4. |
| 5. | | | | | 5. |

On the above date and approximate time: The force cell movement team was assembled to extract inmate Anthony Mann SCDC #242498 from his cell Saluda 130. Upon entering the cell inmate Mann threw bottles of feces towards the entire team. Inmate Mann threw approximatly 13-18 bottles of feces, which struck every member of the team including the camera man and narriator.

Signature: Sgt. K. Moore (032883)

Evidence: Pictures #'s 159 thru 179 on digital camera
Witness(es): Ofc. S. Cook, ofc. C. Mangonelli, Cpl. V. Manley, Ofc. McNeal, Cpl. Ray, Lt. Simmons.
Supervisor's Comments: FOREWARD TO MAJOR SUTTON FOR FURTHER ACTION

Signature: [signature]   Title: LT   Date/Time: 8/23/10 9:30A

Major/Responsible Authority:
818 Throwing of any Substance

Signature: S. Sutth   Title: Major   Date: 8/30/10

STG Related - Refer to STG Committee
( ) Yes    ( ) No    ( ) Unknown

This Incident is DRUG related
( ) Yes    ( ) No    ( ) Unknown

### Action Taken
( ) Informal Resolution
( ) Administrative Resolution
(✓) Refer to Disciplinary Hearing

SCDC19-29A (Rev. February 2004)

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT AND HEARING RECORD

Case#: 00068  Inmate Name: Mann, Anthony  SCDC#: 242498

Living Area: ~~S0125A~~ S0206  Job: Locked-Up  Custody: SP3

Offense Date: 08/23/10  Offense Time: 4:53 AM/PM  Institution: BRCI

Offense Description: ~~XXXX~~ 813/ Throwing of any Substance or Object on an SCDC Employee or other Government Employee, Contract Employee, or Volunteer:....

Charging Officer/Employee: K. Moore  Title: Sgt

**INMATE NOTIFICATION:** YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER YOUR RECEIPT OF THIS NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL STATEMENT.

**INMATE WAIVERS:**
- [ ] I GIVE UP MY RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.
- [ ] I DO NOT WANT TO BE PRESENT AT MY HEARING
- [x] I DO WANT MY ACCUSER PRESENT AT THE HEARING
- [ ] I DO NOT WANT MY ACCUSER PRESENT AT THE HEARING
- [ ] I WAIVE MY RIGHT TO A HEARING

**SMU/SEGREGATION ONLY**
- [ ] I WANT A COUNSEL SUBSTITUTE
- [x] I DO NOT WANT A COUNSEL SUBSTITUTE

Date & Time Notified: 9/8/10  6:10 AM/PM  By (Print): Lt. Wilton Simmons
Inmate Signature: [signed]  SCDC#: 242498  Date: 9/8/10

**HEARING INFORMATION:**

Hearing Date: 9/17/2010  Hearing Time: 10:15 am/pm  Tape: 17  Side: B  Start: 000  End: 098

EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF THE HEARING; (2) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE; IF ANY (3) WITNESSES, (4) DOCUMENTATION, OR (5) EVIDENCE WAS EXCLUDED FROM THE HEARING; OR (6) IF INMATE WAS DENIED CONFRONTATION QUESTIONING AND/OR CROSS EXAMINATION OF A WITNESS AT THE HEARING.

9/10/10 Accuser not notified. Inmate question attached. Capt. Wilson and Sgt. Wright denied as witness, due to the fact that they no had no evidence that was important to this case.

| OFFENSE CODES | 813 | | | |
|---|---|---|---|---|
| INMATE PLEA (G, NG, None) | NG | | | |
| FINDINGS (G, NG, DS) | G | | | |

IF GUILTY, EVIDENCE PRESENTED CONSIDERED AND REASONS FOR DETERMINATION OF GUILT: (A) ADMISSION OF GUILT; (B) OFFICER'S REPORT; (C) WITNESS TESTIMONY; (D) OTHER. EXPLAIN IN DETAIL: pictures of evidence
a testimony

HEARING LENGTH: 8 (MINUTES)

**SANCTIONS:**

Loss of Privileges (Days)
- Property (Days)
- Canteen (Days) 180 + 180
- Other phone (Days) 180 + 180
- Disciplinary Detention (Days): 180

Reprimand:
Extra Duty:
Visit Suspension Thru ___/180 + 180/___
Cell Restriction (Days):

Loss of Good Time (days):
Restitution: $  **

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Nature of offense