# Exhibit 19

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

RECEIVED
APR 0 8 2010
BRCI
WARDEN'S OFFICE

| TO: NAME: Robert Stevenson, III | TITLE: WARDEN | DATE: 06 April 2010 |
|---|---|---|
| INMATE'S NAME: Anthony L. Mann | | SCDC #: 242498 |
| INSTITUTION: BRCI | | LIVING QUARTERS: SALUDA B-214 |

Dear Warden Stevenson,

I just spent the entire Easter weekend scrubbing, cleaning and sanitizing this cell Lt. Faley moved me to per your order of a 30 day rotation. I had to use my own personal 3-in-1 soap/shampoo, 2 tubes of toothpaste and the watered chemicals they give us to scrub all the walls to remove dried spit, boogers, and what appeared to be semen. The same goes for the desk, bed frames, door, and toilet. The area around the toilet was horrible in that urine and other bodily fluids were caked all around it. Due to the filth and trifelingness of prior occupants this is what I have to go through when I'm moved each 30 days. This is disgusting and inhumane to keep putting me in this predicament every 30 days. You know very well that diseases and infections are rampant here and there's no telling what's contained in the bodily fluids I'm being forced to scrub by hand without protection every 30 days. I am

**DISPOSITION BY STAFF MEMBER:**

writing you now to ask that you please release me from this unusual practice of having me moved every 30 days. Thank you.

My stance has not changed, your own actions are the reason for this procedure.

| DATE: 4-8-10 | SIGNATURE: |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

| TO: NAME: Robert Stevenson | TITLE: Warden | DATE: 02 April 2010 |
|---|---|---|
| INMATE'S NAME: Anthony Mann | | SCDC #: 242498 |
| INSTITUTION: BRCI | | LIVING QUARTERS: Saluda 214 |

Dear Warden,

I am writing you now in reference to having me on a 30-day room rotation. Ms. Faley says you instructed her to move me every 30 days to a different cell because of my attempted escape charge. Sir, I am writing you now to ask to be removed from this assignment. I've been in 3 different cells since my arrival here and all it's done is make my mail be given to the I/m in my previous cell and for my meds to be skipped for a day or two. And caused me to have to scrub and clean the filth and/or bodily fluids left behind in each cell I am moved to.

When I ask the logic behind my being moved every 30 days, it's said that it's so that I "can't put anything together" where I'm at. But that doesn't make sense to me because by rotating me every 30 days you're giving me a better opportunity to get to know more people and network and that provides me with more opportunity to "put something together", if you really think about it.

Sir, you have 3 of us on this rotation back here and we did not even escape. Yet, you have over double this amount on your lockup who actually did escape and they aren't having to live like this.

**DISPOSITION BY STAFF MEMBER:**

You will remain on the 30 day rotation until we are convinced that you pose no security risk.

| DATE: 4-6-10 | SIGNATURE: [signed] |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)