# Exhibit 13

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA               SCDC HEALTH SERVICES: MEDICAL SUMMARY                C045560

SCDC# 242498    MANN,ANTHONY -                                        PAGE    15
```

** ENCOUNTER:    407 INSIDE APPOINTMENT    01/18/11  15:38  BROAD RIVER       COMP
   ITREX 50MG TABLETS (LIMIT 9 TABS PER MONTH)
   SIG:ONE PRN HA, MAY REPEAT AFTER 2 HRS IF HA RETURNS (
   SIG:MAX OF 4 IN A DAY,   ONE PK MONTHLY
   START DATE: 01/19/11 TOTAL DAYS:  90
   MD:SAMPSON,DONALD -
   ABOVE MEDICATION EXPIRES TOMORROW. WILL FORWARD TO MD FOR CONSIDERATION OF
   RENEWAL.
   SIGNED OFF ON 01/18/11 @ 15:43 BY BETTY J SIMPSON, REGISTERED NURSE I
   HARDCOPY CHART WAS NOT PULLED & PLACED IN DESIGNATED AREA TO ALERT ME TO
   ABOVE ENTRY; NURSE'S ENTRY DISCOVERED TODAY.
   P:1-RENEWED IMITREX. SEE RXMENU.
   SIGNED OFF ON 03/02/11 @ 15:32 BY DONALD R SAMPSON, PHYSICIAN II

** ENCOUNTER:    406 MENTAL HEALTH CLINIC 01/14/11  11:08  BROAD RIVER       COMP
   TREATMENT TEAM NOTE-
   DISCUSSED INMATE IN TX TEAM. HIS DIAGNOSES ARE BIPOLAR D/O AND ADHD. HIS ME
   DICATIONS ARE WELLBUTRIN SR, GEODON, COGENTIN, TEGRETOL AND VISTARIL. INTER
   ESTINGLY, INMATE FELT THAT SCDC STAFF IN PARTICULARLY BRCI, HELPS HIM TO DE
   VELOP MORE CONTACT WITH OTHER INMATES BY MORE HIM FROM ROOM TO ROOM IN SMU
   LOCK UP.
   SIGNED OFF ON 01/14/11 @ 11:15 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    405 MENTAL HEALTH CLINIC 01/07/11  17:14  BROAD RIVER       COMP
   INDIVIDUAL NOTE-
   D- SAW THIS INMATE AND HE REPORTED THAT THE GEODON WAS MAKING HIM EXTREMELY
    HUNGRY AND HE WANTED TO KNOW IF HE COULD GET A SNACK BAG. HE REQUEST TO BE
    SEEN IN PSYCH CLINIC. PER INMATE HE GETS HIS GEODON AFTER 6PM NIGHTLY AND
   THIS CAUSES HIM TO BE HUNGERY DUE TO TAKING THE MEDS ON AN EMPTY STOMACH.
   A- ALERT, ORIENTED IN ALL SPHERES, CALM AND COOPERATIVE. HENCE, INMATE  REP
   ORTED THAT HE THOUGHT WHAT THE WARDEN WAS DOING WAS HURTING THE INSTITUTION
    AND NOT HIM BY MOVING HIM AROUND ON LOCK UP EVERY 30 DAYS. ACCORDING TO
   THIS INMATE, HE WAS MAKING A SPIDER WEB LARGER THAN LARGE BECAUSE HE WAS M
   EETING NEW PEOPLE EVERYTIME HE WAS MOVED. IF THE WARDEN THOUGHT HE WAS DOIN
   G SOMETHING TO BE HARMFUL, THEN THE WARDEN WAS HELPING HIM TO GET THE WORD
   OUT TO MULTIPLE PEOPLE BY ALLOWING HIM TO MINGLE WITH NEW PEOPLE EVERY 30 D
   AYS. HENCE, INMATE DENIED ANY HALLUCINATIONS, DEPRESSIVE SYMPTOMS AS WELL A
   S THOUGHTS OF S/H.
   P- REVIEW EVERY 30 DAYS.
   SIGNED OFF ON 01/07/11 @ 17:23 BY PATRICK F CARTER, HUMAN SERVICES COORD I
   NO NSG INTERVENTION AT THIS TIME.
   SIGNED OFF ON 01/09/11 @   :42 BY RACHEL M FAULKNER, LICENSED PRACTICAL NURSE

** ENCOUNTER:    404 EMERGENCY INHOUSE     01/02/11   1:00  BROAD RIVER       COMP
 S> I/M C/O "SORE THROAT".
 O> TEMP=000.0    PULSE=  0    RESP= 0    BP=  0/  0    WEIGHT=  0    PPD= 0
    T 99.4   P 88   R 18   BP 140/88   SPO2 98%   HRRR   LCTA
    THROAT RED WITH SWELLING NOTED. SEVERAL WHITE PATCHES NOTED TO RIGHT
    SIDE OF THROAT. RIGHT CERVICAL NODES SWOLLEN, PAINFUL TO PALPATION.
    C/O DIFFICULTY SWALLOWING/EATING DUE TO THE PAIN/DISCOMFORT.

```
MDCI880D            SOUTH CAROLINA DEPARTMENT OF CORRECTIONS            11/10/11
OMINMDCA              SCDC HEALTH SERVICES: MEDICAL SUMMARY              C045560

SCDC# 242498    MANN,ANTHONY -                                    PAGE   16
```

A> MUSCULOSKELETAL DISCOMFORT
P> 1. SEE S.O. #27.
   2. ACETAMINOPHEN 325 MG. TABS 2 PO QID X 3 DAYS OR IBUPROFEN 400 MG.TABLETS
      2 P.O.TID PRN X 3 DAYS. DOCUMENT MEDS GIVEN IN AMR.
   3. IF PALPABLE MUSCLE SPASMS PRESENT, CHLORZOXAZONE 500MG.TABS PO QID X
      3 DAYS.
   4. FOR LOWER BACK DISCOMFORT, USE A ROLLED TOWEL UNDER LOW BACK X 5 DAYS.
   5. WILLIAM FLEXION EXERCISE(SCDC FORM 24-146) FOR CHRONIC LOW BACK PAIN.
   6. RESTRICT STRENUOUS ACTIVITES OR REST THE INVOLVED AREA.
   7. HEAT (BY SHOWER, MOIST COMPRESSES OR HOT WATER SOAKS) TO THE INVOLVED
      AREA QID X 3 DAYS.
   O/C MD DR VALPEY PAGED. V/O RECEIVED FOR:
   1) AMOXICILLIN 500 MG PO BID X 7 DAYS.
   MOTRIN ISSUED PER S.O. INSTRUCTED TO INCREASE FLUIDS. MAY USE
   WARM SALT WATER GARGLES. NOTIFY MEDICAL IF ANY WORSENING OF SX.
   I/M VERY APPRECIATIVE.
   DUE TO HOLIDAY TWO STARTER PACKS OF AMOXICILLIN PLACED IN PILL BASKET
   FOR DXD ADMINISTRATION. WILL NEED REMAINING 1 DAY RX FROM PHARMACY.
   **TO MD FOR CONSIDERATION OF ORDERING FROM PHARMACY**
   SIGNED OFF ON 01/02/11 @  1:08 BY MARIE    SHERMAN, LICENSED PRACTICAL NURSE
   NOTED--OBTAIN 7TH DAY ABX DOSE FROM PHARMACY.
   SIGNED OFF ON 01/04/11 @ 12:07 BY DONALD R SAMPSON, PHYSICIAN II
   PHARM TO SEND REMAINING ABX DOSE
   SIGNED OFF ON 01/04/11 @ 14:40 BY BRANDY M COKER, LICENSED PRACTICAL NURSE

** ENCOUNTER:   403 INSIDE APPOINTMENT   12/31/10   8:30  BROAD RIVER      COMP
   I/M C/O SORE THROAT DURING MED PASS THIS AM. NURSE EXAMINED THROAT THROUGH
   FLAP.REDDNISS NOTED,SWOLLEN GLAND ON RIGHT SIDE OF NECK NOTED. <I/M HAS C/O
   OF TENDERNESS IN THIS AREA OF NECK. NO BREATHING OR SWOLLOWING ISSUES NOTE
   D.  SEBAG LPN
   SIGNED OFF ON 12/31/10 @  8:40 BY SUSAN LYNN SEBAG, LICENSED PRACTICAL NURSE
   (I WAS AWAY ON LEAVE)--SEE ENC 404
   SIGNED OFF ON 01/04/11 @ 12:08 BY DONALD R SAMPSON, PHYSICIAN II

** ENCOUNTER:   402 INSIDE APPOINTMENT   12/29/10  13:49  BROAD RIVER      COMP
   <I/M ASKED NURSE DURING MED PASS THIS AM TO NOTIFY THE DOCTOR AND HAVE HIS
   METAMUCIL RENEWED. I/M STATED' I REALY NEED THIS METAMUCIL THE DR KNOWS I H
   AVE BEEN ON IT FOR YEARS'.I/M ALSO STATED ' <I HAVE A GREAT DEAL OF BACK
   PAIN AND ITS HURTING ME WORSE DUE TO THE FACT OF BEING DENIED A MATTRESS TO
   SLEEP ON". SEBAG LPN
   SIGNED OFF ON 12/29/10 @ 14:03 BY SUSAN LYNN SEBAG, LICENSED PRACTICAL NURSE
   (NOTE: I'VE BEEN AWAY ON LEAVE)
   SEE ENC 391-RENEWED NAT VEG PWD
   IT'S MY UNDERSTDING THAT EVERY INMATE IN SMU LOCKUP HAS A MATTRESS.
   SIGNED OFF ON 01/04/11 @ 12:45 BY DONALD R SAMPSON, PHYSICIAN II

** ENCOUNTER:   401 MENTAL HEALTH CLINIC 12/29/10  13:09  BROAD RIVER      COMP
   INVIDUAL SESSION:
   D:HSC MET WITH MR. MANN PER HIS REQUEST. HE REPORTED THAT HE WAS HAVING PRO
   BLEMS WITH HIS MEDICATION AND NEEDED TO BE SEEN IN PSYCH CLINIC. HE DENIED

```
MDCI880D            SOUTH CAROLINA DEPARTMENT OF CORRECTIONS            11/10/11
OMINMDCA              SCDC HEALTH SERVICES: MEDICAL SUMMARY              C045560

SCDC# 242498    MANN,ANTHONY -                                    PAGE    17
```

ANY FURTHER PROBLEMS AT THIS TIME. HSC ASSURED HIM THAT SHE WOULD INFORM TH
E PSYCH PHYSICIAN OF CONCERNS.
A:ALERT AND ORIENTED IN ALL SPHERES. APPROPRIATE WITH HSC. NO BIZARRE OR PH
SYCHOTIC BEHAVIORS EXHIBITED. NO INDICATION OF SI/HI.DX: BIPOLAR. GAF:75.
P: WILL INFORM PHSYCH DOCTOR OF CONCERNS. MENTAL HEALTH WILL CONTINUE TO FO
LLOW EVERY 30 DAYS OR IF STATUS CHANGE.
SIGNED OFF ON 12/29/10 @ 13:16 BY MELODY A TRIPLIN, HUMAN SERVICES COORD I

** ENCOUNTER:    400 FOLLOW-UP DENTAL       12/21/10  16:40  BROAD RIVER      COMP
   I/M NO SHOW FOR SCHEDULED DENTAL APPOINTMENT, SEE HARD COPY.
   SIGNED OFF ON 12/21/10 @ 16:40 BY MARGARET JUNE O'CONNELL, DENTIST

** ENCOUNTER:    399 DOCTOR'S CLINIC         12/16/10  12:57  BROAD RIVER      COMP
   S-31Y/O REFERRED FOR EVAL OF RASH. STS HE HAS RASH IN HIS SCALP, FOREHEAD
   & FACE; LESS TO BACK AND NONE ON HIS CHEST. AFTER MY EXAM & JUST BEFORE
   LEAVING INMATE STATED THAT NSG STAFF TOLD HIM THAT PHARMACY SENT IMITREX
   INSTEAD OF CAFFERGOT FOR HIS HEADACHES AND HE WANTED TO KNOW WHAT CAN BE
   DONE ABOUT THAT--I TOLD HIM HE COULD WRITE A LETTER TO HEALTHSVCS FOR AN
   EXPLANATION, BUT WE NO LONGER HAD CAFFERGOT ON FORMULARY & LIMITIED AMT OF
   IMITRIX IS BEING SENT FROM PHARMACY. WANTS TO KNOW HOW HE COULD SEE A
   NEUROLOGIST RE: HIS HEADACHES--I TOLD HIM HE CAN PURSUE ELECTIVE OUTSIDE
   MED CARE PROCESS & SEE MD OF HIS CHOICE.
   O-98.6,68,16,130/90,169#
   NAD. PT DISPLAYED DEMANDING DEFIANT ATTITUDE TOWARDS END OF VISIT.
   HEENT-WHITISH FLAKES OF DANDRUFF SEEN ON HAIR/SCALP; SIMILAR FAINT WHITISH
   SCALINESS TO MIDFOREHEAD, EYEBROWS; LESS TO CHEEKS. MINIMAL, IF ANY, SCALINE
   SS TO BACK; CHEST/ARMS SPARED.
   A-SEBORRHEA DERM
   P:1-MAY PURSUE ELECTIVE OUTSIDE MEDICAL CARE TO SEE MD/NEUROLOGIST OF
        HIS CHOICE.
   PC TAR SHAMPOO
   SIG:SMALL QTY TO SCALP, SHAMPOO & RINSE OUT. USE 2 X/W
   SIG:K PRN. (NTE 1 BTL/   3 MOS)
   START DATE: 12/16/10 TOTAL DAYS: 360
   MD:SAMPSON,DONALD -
   HYDROCORTISONE 1% CREAM (30GM)
   SIG:APPLY SMALL QTY TO RASH 1-2X/D PRN. DISP: 90GM
   SIG:
   START DATE: 12/16/10 TOTAL DAYS:  90
   MD:SAMPSON,DONALD -
   SIGNED OFF ON 12/16/10 @ 13:14 BY DONALD R SAMPSON, PHYSICIAN II
   MAR UPDATED AS ORDERED
   SIGNED OFF ON 12/17/10 @  8:48 BY MARTI WATKINS BROWN, LICENSED PRACTICAL NUR

** ENCOUNTER:    398 MENTAL HEALTH CLINIC 12/10/10  11:17  BROAD RIVER      COMP
   I/C NOTE-
   D- INMATE REPORTED THAT HE WAS ALLRIGHT AND WAS NOT EXP ANY MENTAL HEALTH P
   ROBLEMS.
   A- HE WAS RECENTLY SEEN IN THE DISCIPLINARY BOARD OR HAD CHARGES AGAINST H
   IM FOR THREATENING BEHAVIORS. DX WITH BIPOLAR DO AND HIS GAF= 75 AT THIS TI

```
MDCI880D           SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA            SCDC HEALTH SERVICES: MEDICAL SUMMARY                 C045560

SCDC# 242498    MANN,ANTHONY -                                         PAGE   18
```

ME. INMATE IS A HIGH FUNCTIONING INMATE BUT SEEMED TO ALLOW SOME STAFF MEMB
ERS TO EASILY PROVOKE HIM OR HE DISPLAYS POOR SELF CONTROL WHEN INTERACTING
WITH THE STAFF. DENIED HALLUCINTIONS, DEPRESSION AS WELL AS S/H IDEATIONS.
P- REVIEW MONTHLY AND FOLLOW PROTOCOL.
SIGNED OFF ON 12/10/10 @ 11:22 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    397 MENTAL HEALTH CLINIC 12/08/10  14:06   BROAD RIVER       COMP
   LABS ( 12/2/10 ): TEGRETOL LEVEL 5.4 ( IN THE THERAPEUTIC RANGE ).
    CBC NORMAL.
    CMP: CHOLESTEROL 224, REST NORMAL.
   PLEASE SEND LAVB RESULTS TO THE MEDICAL CLINIC.
   SIGNED OFF ON 12/08/10 @ 14:08 BY ROBERT M POILETMAN, PSYCHIATRIST
   WILL FORWARD TO MD FOR REVIEW; HARD COPY CHART TO MD TABLE.
   SIGNED OFF ON 12/14/10 @  5:40 BY GENEVA E WALTERS, LICENSED PRACTICAL NURSE
   LOW CHOLES DIET
   SIGNED OFF ON 12/16/10 @ 13:14 BY DONALD R SAMPSON, PHYSICIAN II
   ADVISED DIETARY OF LOW CHOLESTEROL DIET
   SIGNED OFF ON 12/20/10 @ 18:49 BY BRANDY M COKER, LICENSED PRACTICAL NURSE

** ENCOUNTER:    396 LAB CLINIC                12/02/10   7:41   BROAD RIVER       COMP
   FASTING CHEM18,CBC,TEGRETOL. COLECTED SENT TO LAB PER ENC#389.
   SIGNED OFF ON 12/02/10 @  7:42 BY ZOILA   THORNTON, MEDICAL ASSISTANT TECH I

** ENCOUNTER:    395 NARRATIVE                 11/29/10  18:18   BROAD RIVER       COMP
   THE UNDERSIGNED RECEIVED A TELEPHONE CALL FROM MAJOR SUTTON;
   MAJOR SUTTON INQUIRED OF THE MD ORDERS RE: THIS INMATE AS RELATED TO HIS
   RIGHT HAND INJURY. PER PEER NURSE ASSESSMENT, RIGHT HAND SWOLLEN, RIGHT
   INDEX, MIDDLE KNUCKLE AND FINGER SWOLLEN, AND TOP OF RIGHT HAND.
   ----------------------------------------------------------------------
   PER DR.STEIN, OBTAIN XRAY OF RT HAND IN THE AM TO R/O FRACTURE.
   ----------------------------------------------------------------------
   ************* PER MAJOR SUTTON; IF FOR ANY REASON THIS INMATE NEEDS TO BE
   ************* TRANSPORTED OUT, SHE AND WARDEN STEVENSON MUST BE NOTIFIED
   ************* PRIOR TO HIS TRANSPORT. EXTREMELY IMPORTANT*****************
   SIGNED OFF ON 11/29/10 @ 18:39 BY DEBY I BARBER, LICENSED PRACTICAL NURSE
   (I WAS AWAY ON LEAVE)
   11/30/10 R HAND XRAY--SOFT TISSUE SWELLING OF HAND W/O FX OR SUBLUXATION.
   PT SEE BY ME TODAY IN MD CLINIC AND HE VOICED NO PROBLEMS RE: HIS HANDS.
   SIGNED OFF ON 12/16/10 @ 13:16 BY DONALD R SAMPSON, PHYSICIAN II

** ENCOUNTER:    394 INSIDE APPOINTMENT   11/29/10  17:35   BROAD RIVER       COMP
   CALLED TO SMU. INMATE STATED HE HIT THE WALL 10-15 TIMES. STATED HE WAS UPS
   ET ABOUT THE WAY HE HAS BEEN TREATED. RIGHT HAND SWOLLEN. RIGHT INDEX AND M
   IDDLE KNUCKLE AND FINGER SWOLLEN. TOP OF RIGHT HAND SWOLLEN. UNABLE TO CLOS
   E OR FLEX HAND. PAINFUL WHEN TOUCHED. PAIN SCALE 0-10 "8". FLINCHES AND GRU
   NTS WHEN HAND IS TOUCHED. UNABLE TO PERFORM ROM EXERCISES.
   ICE PACK ISSUED. MAJOR SUTTON NOTIFIED AND APPROVED INMATE BEING ABLE TO HA
   VE ICEPACK. DR. STEIN NOTIFIED. T.O. AS FOLLOWS:
   1. ADMINISTER IBUPROFEN 800MG P.O. ALONG WITH TYLENOL T.I.D. PRN PAIN.
   2. CHECK TETNUS STATUS

```
MDCI880D           SOUTH CAROLINA DEPARTMENT OF CORRECTIONS            11/10/11
OMINMDCA            SCDC HEALTH SERVICES: MEDICAL SUMMARY              C045560

SCDC# 242498    MANN,ANTHONY -                                    PAGE    19
```

3. INSTRUCT INMATE TO KEEP HAND ELEVATED
4. ISSUE ICEPACK
5. OBTAIN XRAY OF RT HAND TO R/O FRACTURE IN THE AM.
T.O. DR STEIN/ JILLIAN GRANT, LPN
  SIGNED OFF ON 11/29/10 @ 17:56 BY JILLIAN     GRANT, LICENSED PRACTICAL NURSE
1 NEED STOP DATE FOR IBU AND TYLENOL.WILL CLARIFY WITH NURSE.
2 PILL ROOM NURSE ADVISED TO CHECK TETANUS STATUS
3 IM ADVISED BY NURSE GRANT TO KEEP HAND ELEVATED & ICE PACK ISSUED.
5-SPOKE TO REGINA FROM X-RAY.I/M HAS BEEN SCHEDULED FOR X-RAY THIS AM.
  SIGNED OFF ON 11/30/10 @ 11:08 BY MARIE J HAY, LICENSED PRACTICAL NURSE
INMATE UNABLE TO REMEMBER DATE OF LAST TETNUS SHOT. TETNUS SHOT ADMINISTERE
D IN LEFT DELTOID PER DR. STEEN WITHOUT COMPLICATIONS ON 11/30/10 PER MAR.
INMATE HAD XRAY ON 11/30/10. COPY OF REPORT IN HARD COPY CHART.
  SIGNED OFF ON 12/15/10 @ 15:16 BY JILLIAN     GRANT, LICENSED PRACTICAL NURSE

** ENCOUNTER:    393 INSIDE APPOINTMENT    11/29/10   11:50   BROAD RIVER      COMP
   FOUND OPEN WILL CLOSE.
   SIGNED OFF ON 11/29/10 @ 17:46 BY MARIE J HAY, LICENSED PRACTICAL NURSE

** ENCOUNTER:    392 INSIDE APPOINTMENT    11/29/10    0:43   BROAD RIVER      COMP
   I/M STATED THAT HE WAS HAVING SHORTNESS OF BREATH AT TIMES AND HEADACHES SI
   NCE HE WAS GASSED ON 11/27/10. NO NOTED SOB OR RESPIRATORY DISTRESS. TALED
   TO STAFF WITH OUT HAVING TO TAKE DEEP BREATHS OR RESTING PERIODS.
   WHEN ASKED IF HE HAD TAKEN HIS IMIPREX AND HE SAID YES PLUS TYLENOL AS WELL
   . I/M ADVISED TO SIGN UP FOR S/C.
   SIGNED OFF ON 11/29/10 @  :51 BY CHERISS    WHITE, LICENSED PRACTICAL NURSE

** ENCOUNTER:    391 FOLLOW-UP SICK CALL   11/27/10   19:34   BROAD RIVER      COMP
S> I/M IS REQUESTING A RENEWAL OF HIS NATURAL VEGETABLE POWDER. TO MD FOR
   CONSIDERATION OF RENEWAL.
O> TEMP=000.0   PULSE=  0   RESP= 0   BP=  0/  0    WEIGHT=   0    PPD= 0
P> NATURAL VEGETABLE POWDER (KONSYL-D) TEASPOONFUL DOSE
   SIG:TAKE ONE TEASPOONFUL 1 TO 3 TIMES DAILY IN 8 OUNCE
   SIG:S OF WATER
   START DATE: 11/27/10 TOTAL DAYS:   90
   MD:SAMPSON,DONALD -
   SIGNED OFF ON 11/27/10 @ 19:35 BY MARIE A SHERMAN, LICENSED PRACTICAL NURSE
   (NOTE: I'VE BEEN AWAY ON LEAVE).
   1-RENEWED NAT VEG PWD
   SIGNED OFF ON 01/04/11 @ 12:44 BY DONALD R SAMPSON, PHYSICIAN II
   1. MAR UPDATED TO REFLECT METAMUCIL RENEWAL
   SIGNED OFF ON 01/04/11 @ 15:37 BY JILLIAN     GRANT, LICENSED PRACTICAL NURSE

** ENCOUNTER:    390 SICK CALL              11/19/10   23:57   BROAD RIVER      COMP
S> LATE ENTRY FROM 11-14-10: I/M WROTE SICK CALL REQUEST STATING RASH ON MY
   EAR, BACK AND HAIRLINE. STS HE NEED TO HAVE HIS PC TAR SHAMPOO RENEWED.
   STS SCALP IS DRY AND HAS DANDRUFF IN IT REAL BAD.
O> TEMP=098.7   PULSE= 88   RESP=20   BP=120/ 80   WEIGHT=172    PPD= 0
   ALERT AND ORIENTED X3. SKIN WARM AND DRY TO TOUCH. NAD NOTED. O2 SAT 99%
   AMBULATED TO MEDICAL WITHOUT DIFFICULTY WITH BELLY CHAIN AND LEG IRONS

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA                 SCDC HEALTH SERVICES: MEDICAL SUMMARY                C045560

SCDC# 242498    MANN,ANTHONY -                                        PAGE    20
     HRRR. LUNGS CTA
     BACK, EAR AND HAIRLINE: HAS REDDISH RASH NOTED
     FACE: HAS SAME RASH NOTED
A> AS ABOVE
P> DEFER TO MD FOR REVIEW
     SIGNED OFF ON 11/20/10 @  1:12 BY KAREN Y MCCULLOUGH, LICENSED PRACTICAL NURS
     HARDCOPY CHART NOT PULLED FOR MD REVIEW--CONTRARY TO PROTOCOL.
     PULL HARDCOPY CHART FOR MD/NP REVIEW.
     SCHED APPMT FOR MD/NP EXAM.
     SIGNED OFF ON 11/22/10 @ 18:51 BY DONALD R SAMPSON, PHYSICIAN II
     1. HARDCOPY CHART PULLED AND PLACED ON TABLE AND FORWARDED FOR MD REVIEW.
     2. MD APPOINTMENT SCHEDULED FOR 12-16-10 AT 0830.
     SIGNED OFF ON 11/24/10 @ 13:31 BY JILLIAN  GRANT, LICENSED PRACTICAL NURSE
     (I'VE BEEN AWAY ON LEAVE)--PT HAS ALREADY BEEN EXAMINED BY ME.
     SIGNED OFF ON 01/04/11 @ 12:13 BY DONALD R SAMPSON, PHYSICIAN II

** ENCOUNTER:   389 MENTAL HEALTH CLINIC 11/15/10  11:52  BROAD RIVER       COMP
   S: HE CONTINUES TO C/O DEPRESSION AND ANGER CONTROL ISSUES.
   O: GOOD SPEECH, AFFECT AND ACTIVITY LEVEL. DENIED S/HI OR A/VH
   A: BIPOLAR DO, ADHD, H/O HOARDING NEURONTIN. A RECENT STUDY NOTED THAT SOME
    PEOLE NOW BEING CONSIDERED BIPOLAR ( THEY MAY BE RECLASSIFIED IN NEWER DSM
    'S ) DO BETTER ON ATYPICAL ANTIPSYCHOTIC MEDS THAN ON MOOD STABILIZERS. GEN
   ERALLY, TRADITIONAL ANTIDEPRESSANTS DO NOT HELP THE DEPRESSION OF BIPOLAR D
   O ( ALTHOUGH THEY SOMETIMES DO ), BUT WELLBUTRIN MAY HELP HIS ADD.
   P: START WELLBUTRIN, AND TITRATE. THREE WEEKS LATER START GEODON. USE GEODO
   N PRN EPS.
   LABS: TEGRETOL LEVEL, CBC, CMP.
     WELLBUTRIN SR                   150MG
     SIG:1 PO Q AM FOR 7 DAYS THE 1 PO BID FOR 164 MORE DAY
     SIG:S
     START DATE: 11/15/10 TOTAL DAYS: 171
     MD:POILETMAN,ROBERT M
     GEODON                          20MG
     SIG:1 PO BID WITH FOOD
     SIG:
     START DATE: 12/06/10 TOTAL DAYS: 150
     MD:POILETMAN,ROBERT M
     BENZTROPINE                     2MG
     SIG:1 PO Q DAY PRN TREMORS OR COMPLAINTS OF MUSCLE TIG
     SIG:HTNESS OR RESTLESSNESS
     START DATE: 12/06/10 TOTAL DAYS: 150
     MD:POILETMAN,ROBERT M
     SIGNED OFF ON 11/15/10 @ 12:03 BY ROBERT M POILETMAN, PSYCHIATRIST
     LAB SLIPS COMPLETED AND PLACED IN LAB DOOR FOR SCHEDULING. MAR UPDATED
     SIGNED OFF ON 11/20/10 @  6:48 BY KAREN Y MCCULLOUGH, LICENSED PRACTICAL NURS

** ENCOUNTER:   388 INSIDE APPOINTMENT     11/09/10  15:50  BROAD RIVER       COMP
   I/M WAS TRANSFERRED TO LOCK UP MEDICAL FOR C/O TISSUE IS STUCK IN EAR.
   NURSE GRANT INSPECTS & FINDS SMALL AMT OF TISSUE IN CANAL. REMOVED BY
   NURSE--EASILY SEEN. EAR CANAL INSPECTED AGAIN EAR DRUM REMAIN INTACT &
```

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA                SCDC HEALTH SERVICES: MEDICAL SUMMARY                C045560

SCDC# 242498     MANN,ANTHONY -                                       PAGE   21
```

    VISIBLE. NO EAR PAIN/TRAUMA---I/M DENIES. NURSING WITH NO ABNOMALITY
    ON INSPECTION.-------------------------------------------
    SIGNED OFF ON 11/09/10 @ 15:53 BY WANDA M BROWN, REGISTERED NURSE II

** ENCOUNTER:   387 MENTAL HEALTH CLINIC 11/09/10   9:13  BROAD RIVER       COMP
    INCIDENTAL NOTE-
    SPOKE WITH MRS WHITAKER ON TODAY IN REGARDS TO INMATES ON LOCK UP STATUS.
    WE DISCUSS THE ABOVE NAME INMATE. FROM THIS CONSULTATION, IT WAS DISCOVERED
    BY THIS WRITER WHY INMATE MANN HAS NOT BEEN GIVEN A MATTRESS OR SHEETS. AC
    CORDING TO MRS. WHITAKER, INMATE WAS INVOLVED IN AN INCIDENT LOCK UP WHERE
    HE RIPPED UP HIS MATTRESS TO SECURE HIS CLOTHING IN PERSONAL PROPERTY WHILE
    HE THREW FECES ON THE OFFICERS AND HE USED HIS SHEETS AND OTHER ITEMS TO AS
    SIST IN BARRICADING HIMSELF IN HIS ROOM. HENCE, MRS. WHITAKER VERIFIED WHAT
    INMATE REPORTED THAT HE HAS BEEN GIVEN. ALSO, WRITER WAS MADE AWARE WHY THE
    MAJOR WAS NOT AVAILABLE ON YESTERDAY.
    SIGNED OFF ON 11/09/10 @  9:22 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:   386 MENTAL HEALTH CLINIC 11/08/10  17:36  BROAD RIVER       COMP
    INDIVIDUAL NOTE-
    D- INMATE REPORTED THAT HE WAS MAINTAINING AS BEST AS HE COULD DESPITE FEEL
    ING THAT HE WAS BEING TREATED UNFAIRLY BY BRCI SECURITY STAFF. PER INMATE,
    HE HAS BEEN HOUSED ON SECURITY STRIPED CELL FOR APPROXIAMATELY 76 DAYS WITH
    OUT A MATTRESS, SHEETS TO THE BED, A CAOT, NOT BEING ALLOWED TO GET HIS THE
    RMALS OR OTHER NECESSITY TO KEEP HIM WARM. PER INMATE, HE WAS GIVEN 2 PAIR
    OF UNDERWEAR AND 2 PAIR OF SOCKS BUT HE WAS NOT ALLOWED TO HAVE ANYTHING ES
    LE IN HIS POSSESSION. INMATE REPORTED THAT HE HAS BEEN SLEEPING ON THE COLD
    STEEL BED WITH AN SP BLANKET. PER INMATE, HE HAS BEEN COOPERATING WITH SECU
    RITY BUT HE HAS NOT BEEN ABLE TO GET ADDITIONAL ITEMS. SPOKE WITHLT. MCNUTT
    AND SHE SHARED THAT SHE GAVE THE INMATE WHAT THE MAJOR INFORMED HER TO GIVE
    HIM. CCC ATTEMPTED TO CALL THE MAJOR OFFICE BUT THE MAJOR WAS NOT AVAILABL
    E.
    A- INMATE SEEMED TO BE ALERT, ORIENTED IN ALL SPHERES, CALM AND COOPERATIVE
    . HIS THOUGHT PROCESS AND CONTENTE WERE LOGICAL, CLEAR AND COHERENT. HE DEN
    IED THOUGHTS OF WANTING TO HARM HIMSELF OR ANYONE ELSE. DENIED A/V HALLUCNA
    TIONS AS WELL AS DENIED ANY DEPRESSIVE SYMPTOMS. INMATE SHARED THAT HE THOU
    GHT HE WAS BEING UNFAIRLY TREATED BECAUSE OF THE AFOREMENTIONED.
    P- ATTRMPTED TO CONTACT THE MAJOR'S OFFICE AFTER SPEAKING WITH LT MCNUTT
    SUPERVISOR OF SMU. WILL CONTINUE TO REVIEW THIS INMATE Q 30 DAYS WHILE HE R
    EMAIN ON LOCKUP STATUS AS WELL AS CONTINUE TO SCHEDULE PSYCH APPOINTMENTS.
    SIGNED OFF ON 11/08/10 @ 17:48 BY PATRICK F CARTER, HUMAN SERVICES COORD I
    ABOVE NOTED. NO NURSING INTERVENTION NEEDED.
    SIGNED OFF ON 11/11/10 @  1:10 BY CHERISS   WHITE, LICENSED PRACTICAL NURSE

** ENCOUNTER:   385 MENTAL HEALTH CLINIC 11/05/10  11:01  BROAD RIVER       COMP
    FOR MED RENEWAL.
    CARBAMAZEPINE                       200MG
    SIG:2 PO Q AM AND 3 PO HS
    SIG:
    START DATE: 11/05/10 TOTAL DAYS: 180
    MD:POILETMAN,ROBERT M

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA                SCDC HEALTH SERVICES: MEDICAL SUMMARY                C045560

SCDC# 242498     MANN,ANTHONY -                                      PAGE    22

    HYDROXYZINE PAMOATE 50MG
    SIG:2 PO TID
    SIG:
    START DATE: 11/05/10 TOTAL DAYS: 180
    MD:POILETMAN,ROBERT M
    SIGNED OFF ON 11/05/10 @ 11:02 BY ROBERT M POILETMAN, PSYCHIATRIST
    MAR UDPATED.
    SIGNED OFF ON 11/05/10 @ 11:27 BY MARIE A SHERMAN, LICENSED PRACTICAL NURSE

** ENCOUNTER:   384 MENTAL HEALTH CLINIC 11/01/10  18:07  BROAD RIVER     COMP
   INDIVIDUAL NOTE-
   D- INMATE REPORTED THAT HE WAS FUNCTIONING WELL AND THAT HE WAS GRIEVING AN
   Y PROBLEMS THAT HE EXPERIENCE WITH ANY STAFF. HE TALKED ABOUT HIS COURT ISS
   UES AND ABOUT MAINTIANING HIS LEGALWORK. DISCUSS SOME OF THE SAME INFORMATI
   ON THAT HE TALKED ABOUT DURING THE LAST INDIVIDUAL SESSION. HE REPORTED THA
   T HE WAS BEING DENIED ACCESS TO ATTEND DISCIPLINARY HEARING IN REGARDS TO H
   IM BEING ON PROTECTIVE CUSTODY BUT IF HE GOT A DISCIPLINARY FOR RULES VIOLA
   TION HE WOULD BE QUICKLY ESCORTED BEFORE THE DHO WITHOUT ANY PROBLEMS BUT H
   E COULD BE ESCORTED TO SIT IN ON THE BOARD WHEN A DECISION WAS BEING MADE A
   BOUT HIM REMAINING ON PROTECTIVE CUSTODY. ACCORDING TO INMATE, HIS PC STATU
   S WAS UPDATED ON 10-22-10.
   A- ALERT, ORIENTED IN ALL SPHERES, CALM AND COOPERATIVE. HE SPOKE FREELY AB
   OUT HIS CONTINUAL ORDEAL WITH BRCI STAFF AND HOW EASY IT WAS TO GATHER INFO
   RMATION TO GET BACK INTO THE COURT SYSTEM. HE SEEMED TO HAVE A WELL ARGANIZ
   ED FILE OF LEGAL PAPERS AND GRIEVANCES. INMATE WAS ENCOURAGE TO CONTINUE TO
   FOLLOW RULES OF THE UNIT AND INSTITUTION. PER INMATE, HE WAS DOING WHAT WAS
   OF HIM; HOWEVER, SCDC HAS HIM STRIPED OUT AND WAS NOT INFORMING HIM OF ANYT
   HING WHEN HE REQUESTED INFORMATION. DENIED S/H IDEATIONS, DENIED A/V HALLUC
   INATIONS AS WELL AS BEING DEPRESSED.  DX: BIPOLAR D/O AND ADHD.
   P- CONTINUE TO REVIEW THIS INMATE MONTHLY WHILE HE REMAINS ON LOCK UP STATU
   S.
   SIGNED OFF ON 11/01/10 @ 18:21 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    383 INSIDE APPOINTMENT   10/29/10  16:08  BROAD RIVER     COMP
   INFLUENZA VACCINE CONSENT SIGNED.
   SIGNED OFF ON 10/29/10 @ 16:09 BY TAKISHA A SMITH, UNCLASSIFIED

** ENCOUNTER:    382 INSIDE APPOINTMENT   10/29/10  16:07  BROAD RIVER     COMP
   INFLUENZA VACCINE CONSENT SIGNED.
   SIGNED OFF ON 10/29/10 @ 16:07 BY TAKISHA A SMITH, UNCLASSIFIED

** ENCOUNTER:    381 PPD                  10/26/10   7:43  BROAD RIVER     COMP
   PPD GIVEN LFA 10/25/10
   READ NEGATIVE 10/28/10
   SIGNED OFF ON 10/30/10 @  1:34 BY MARIE A SHERMAN, LICENSED PRACTICAL NURSE

** ENCOUNTER:    380 LAB CLINIC           10/28/10   7:23  BROAD RIVER     COMP
   U/A. COLLECTED SENT TO LAB PER ENC#376.
   SIGNED OFF ON 10/28/10 @  7:23 BY ZOILA   THORNTON, MEDICAL ASSISTANT TECH I
```

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS           11/10/11
OMINMDCA                SCDC HEALTH SERVICES: MEDICAL SUMMARY             C045560

SCDC# 242498      MANN,ANTHONY -                                       PAGE    23

** ENCOUNTER:    379 INSIDE APPOINTMENT   10/27/10   9:08  BROAD RIVER      COMP
   INMATE RECEIVED FLU VACCINATION IM. NO ADVERSE EFFECTS OR REACTIONS NOTED.
   CONSENT SIGNED PRIOR TO ADMINSITRATION
   SIGNED OFF ON 10/27/10 @  9:09 BY JILLIAN    GRANT, LICENSED PRACTICAL NURSE

** ENCOUNTER:    378 INSIDE APPOINTMENT   10/22/10   2:57  BROAD RIVER      COMP
   RECEIVED NOTE FROM PHARMACY CONCERNING DIRECTIONS ON NEW IMITREX ORDER;
   PLEASE REVIEW INFORMATION SHEET IN FRONT OF HARD COPY CHART.
   SIGNED OFF ON 10/22/10 @  2:59 BY GENEVA E WALTERS, LICENSED PRACTICAL NURSE
   I CALLED ROSE, CHIEF PHARMACIST, & SHE STATED THAT IMITREX IS BEING
   LIMITED TO 9 TABS/30 DAYS.
   P:1-NEW IMITREX SCRIPT SENT TO PHARMACY.
   SIGNED OFF ON 10/22/10 @ 10:11 BY DONALD R SAMPSON, PHYSICIAN II
   MAR UPDATED
   SIGNED OFF ON 10/22/10 @ 16:49 BY MARTI WATKINS BROWN, LICENSED PRACTICAL NUR

** ENCOUNTER:    377 INSIDE APPOINTMENT   10/19/10  21:42  BROAD RIVER      COMP
   PER ENC #374, NOTED THAT INMATE HAS EXHAUSTED LAST RECEIVED SUPPLY OF
   CAFERGOT AND THIS MEDICATION IS NOW GONE. TO MD FOR DISPOSITION RE NEW MED
   ORDER.
   SIGNED OFF ON 10/19/10 @ 21:43 BY GENEVA E WALTERS, LICENSED PRACTICAL NURSE
   CAFERGOT IS NONFORMULARY NOW.
   SWITCH TO IMITREX.
   SIGNED OFF ON 10/21/10 @  8:53 BY DONALD R SAMPSON, PHYSICIAN II
   MAR UPDATED
   SIGNED OFF ON 10/21/10 @ 17:08 BY MARTI WATKINS BROWN, LICENSED PRACTICAL NUR

** ENCOUNTER:    376 SICK CALL              10/08/10  23:27  BROAD RIVER      COMP
 S> I/M WROTE SICK CALL REQUEST STATING I NEED TO BE SEEN FOR SICK CALL TO
    ADDRESS VARIOUS PAINS AND AILMENTS I'VE BEEN EXPERIENCING SINCE AUG 23
    SEEING SPOTS AND TRACERS- TUNNEL VISION AT TIME. PAIN IN BACK RANGING FROM
    5-8 ON PAIN SCALE. STS PAIN WITH URINATION SINCE AUG 23. STS RT. GREATTOE
    BECOMES NUMB SINCE ALTERCATION HE HAD WITH SECURITY. STS CAFERGOT HAS NOT
    BEEN HELPING WITH HEADACHES. STS HE EVEN TAKES PERCOGESIC WITH CAFERGOT.
    STS MUSCLE RELAXANT DOES NOT HELP FOR BACK PAIN
 O> TEMP=098.7   PULSE= 76   RESP=20    BP=140/ 80   WEIGHT=174    PPD= 0
    ALERT AND ORIENTED X3. SKIN WARM AND DRY TO TOUCH. NAD NOTED. O2 SAT 99%
    AMBULATED TO MEDICAL WITHOUT DIFFICULTY WITH BELLY CHAIN AND LEG IRONS
    HRRR. LUNGS CTA
    1. BACK: NO SWELLING, WARMTH OR TENDERNESS NOTED
    2. RT. GREATTOE: NO SWELLING, WARMTH OR TENDERNESS NOTED
    3. HEADACHES: POINTS TO WHOLE HEAD FOR HEADACHES. RATE PAIN 8 ON SCALE OF
    1-10
 A> AS ABOVE
 P> DEFER TO MD FOR REVIEW
    SIGNED OFF ON 10/09/10 @  6:07 BY KAREN Y MCCULLOUGH, LICENSED PRACTICAL NURS
    P: 1. COMPLETE U/A.
    SIGNED OFF ON 10/14/10 @ 10:27 BY RICHARD C BEARDEN JR, PHYSICIAN II
    LAB SLIP COMPLETED FOR U/A AND FORWARDED TO LAB FOR PROCESING.
    SIGNED OFF ON 10/19/10 @ 16:14 BY MARIE J HAY, LICENSED PRACTICAL NURSE
```

```
MDCI880D            SOUTH CAROLINA DEPARTMENT OF CORRECTIONS           11/10/11
OMINMDCA              SCDC HEALTH SERVICES: MEDICAL SUMMARY             C045560

SCDC# 242498   MANN,ANTHONY -                                     PAGE    24
```

** ENCOUNTER:   375 MENTAL HEALTH CLINIC 10/01/10  15:55  BROAD RIVER      COMP
   SMU INDIVIDUAL NOTE-
   D- INMATE MADE NUMEROUS COMPLAINTS ABOUT SCDC STAFF IN PARTICULAR BRCI HIGH
   LEVEL MANAGEMENT. REPORTED THAT STAFF AT BRCI WS AVOIDING A JUDGE ORDER TO
   SENT HIM BACK TO LIEBER. PER INMATE, HIS ATTORNEYS HAVE WRITTEN HEADQUARTER
   S TO PUT THIS TRANSFER IN MOTION BUT NOTHING HAS BEEN DONE. ACCORDING TO IN
   MATE SCDC FAIL TO TRANSPORT HIM TO A HEARING IN CHARLESTON IN WHICH HIS FAM
   ILY MEMBERS ATTEND AND GAVE HIM THE INFORMATION THE JUDGE RULED ON. HIS PLA
   NS WERE TO HAVE HIS ATTORNEYS SEND BOB WARD A CERTIFIED LETTER ABOUT THE AF
   OREMENTIONED. PER INMATE HE WAS PLACED ON PROTECTIVE CUSTODY (PC) ON 8-13-\
   10 AND CURRENTLY REMAIN ON PC AS OF TODAY. BUT ACCORDING TO HIM, HE WAS TO
   BE TAKEN OFF OF PC WHEN LT. FAILEY WAS REMOVE FROM THE SMU AREA BECAUSE HE
   HAD A SEPARATION ON HER. PER INMATE, HE "KICKED LT. FAILEY IN HER NECK AND
   SHE ALMOST FLIPPED ACROSS A RAIL IN THE SMU AREA". HE REPORTED THAT HE HAS
   NOT RECEIVED HIS PROPERTY SINCE THIS INCIDENT HAPPENED. ALSO, HE REMAINS ON
    SECURITY STRIPED CELL. HE REPORTED BEING STRESSED OUT ABOUT THIS SITUATION
   BUT HE KNOWS HE HAS TO KEEPING FIGHTING LEGALLY BY PUSHING HIS LAW WORK AGA
   INST SCDC STAFF AS WELL AS HIS OFFICIAL LEGAL WORK. HENCE, INMATE SHARED TH
   AT WHEN HE KICKED LT. FAILEY HE FELT SO MUCH RELIEF IT WAS THRILLING AS HE
   GOT HIS CHANCE TO GET REVENGE ON HER DUE TO HER MISTREATMENT TOWARDS HIM.
   INMATE COMPLAINT THAT HE NEEDED TO SEE THE PSYCHIATRIST AS HE FELT THAT HE
   NEEDED HIS NEURONTIN BACK. IF HE DIDN'T GET THEM, HE WOULD FILE A LAWSUIT A
   S HE THOUGHT IT WAS UNFAIR FOR SOME INMATES TO GET CERTAIN MEDICATIONS WHEN
   OTHER COULD NOT GET THE IDENTICAL MEDICATIONS. PER HIM, SCDC WAS MAKING IT
   EASY FOR THEM TO GET SUED. LASTLY, PER INMATE, SINCE 8-23-10, HE HAS BEEN T
   TRYING TO GET TO SEE THE DOCTOR IN SICK CALL; HOWEVER, HE FELT THAT SINCE H
   E THREW FECES ON THE SECURITY STAFF HE WAS BEING DENIED THE RIGHT TO GET ME
   DICAL TREATMENT. ACCORDING TO INMATE, HE HAS SIGNED UP NUMEROUS TIMES FOR
   HE SICK CALL AND HAS BEEN OFTEN TOLD THAT HIS NAME WAS NOT ON THE LIST.
   A- INMATE REPORTED NUMEROUS STRESSORS: WANTING TO GET TRANSFERRED BACK TO
   LIEBER CORR INST, NOT BEING ABLE TO CONFERENCE WITH HIS ATTORNEYS, FEELS TH
   AT BRCI STAFF WAS WITHHOLDING TREATMENT FROM HIM, BEING MISTREATED BY NOT
   GETTING OFF OF SECURITY STRIP AND WANTING TO GET BACK ON NEURONTIN MEDICATI
   ONS FOR WHICH HE WAS CAUGHT HOARDING. INMATE WAS ALERT, VERY TALKATIVE, ORI
   ENTED IN ALL SPHERES, CALM AND COOPERATIVE DURING THIS INTERVIEW. HIS THOUG
   HT PROCESS AND CONTENT WERE LOGICAL CLEAR AND COHERENT. INMATE DENIED THOUG
   HTS OF WANTING TO HARM HIMSELF OR OTHERS, KNOWS RIGHT FROM WRONG, DENIED AU
   DITORY AND VISUAL HALLUCINATIONS. UPSET WITH REMAINING AT BRCI; HOWEVER,HE
   DID NOT REPORT ANY DEPRESSIVE SYMPTOMS.
   P- WILL CONTINUE TO REVIEW THIS INMATE MONTHLY, ENCOURAGED INMATE TO CONTIN
   UE TO SIGNED UP FOR SICK CALL AND WILL SCHEDULED FOR PSCH CLINIC APPOINTMEN
   TS.
   SIGNED OFF ON 10/01/10 @ 16:20 BY PATRICK F CARTER, HUMAN SERVICES COORD I
   NOTED. NO FURTHER NURSING INTERVENTION NEEDED.
   SIGNED OFF ON 10/05/10 @  3:23 BY CHERISS   WHITE, LICENSED PRACTICAL NURSE

** ENCOUNTER:   374 INSIDE APPOINTMENT    09/30/10   1:37  BROAD RIVER      COMP
   RECIEVED MESSAGE FROM PHARMACY "IMITREX GENERIC (SUMATRIPTIN) IS NOW
   FORMULARY AND IS RECOMMENDED FOR MIGRAINE HEADACHES (PER DR MOORE) DUE TO

```
MDCI880D            SOUTH CAROLINA DEPARTMENT OF CORRECTIONS            11/10/11
OMINMDCA             SCDC HEALTH SERVICES: MEDICAL SUMMARY               C045560

SCDC# 242498     MANN,ANTHONY -                                      PAGE    25
    UNAVAILABILITY AND HIGH COST OF CAFERGOT AND THE LOWER REASONABLE COST OF
    IMITREX GENERIC".
    WILL FORWARD TO MD FOR CONSIDERATION/DISPOSITION OF POSSIBLE MED CHANGE FOR
    THIS INMATE.
    SIGNED OFF ON 09/30/10 @  1:41 BY GENEVA E WALTERS, LICENSED PRACTICAL NURSE
    1-CONTINUE TO USE CURRENT SUPPLY OF CAFERGOT.
    2-NOTIFY ME WHEN CAFERGOT SUPPLY HAS BEEN EXHAUSTED.
    SIGNED OFF ON 09/30/10 @ 10:15 BY DONALD R SAMPSON, PHYSICIAN II
    NURSE NOTIFIED IN PILLROOM.WRITTEN MESSAGE LEFT ON MAR R/T MED
    SIGNED OFF ON 09/30/10 @ 16:41 BY SARAH   ROBINSON-WILLIAMS, LICENSED PRACTIC

** ENCOUNTER:    373 PHYSICAL EXAM         09/07/10  18:16  BROAD RIVER      COMP
    SCDC#:  00242498    MANN,ANTHONY -
    POB: OUT-OF-STATE, NC    UNITED STATES             DOB: 04/23/79
    AGE:       31    RACE: WHITE    SEX: M    MARITAL STATUS: C
    COMMITING COUNTY: CHARLESTON    MAXOUT: 99/99/99    DORM:  DZ0004B
    SS#: 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

    IN EMERGENCY NOTIFY: PATSY BRUNSEN
    RELATIONSHIP:        MOTHER
    ADDRESS:             86 WILLOW OAK CT.
                         N. CHARLESTON, SC   29418   CHARLESTON
                         (843)207-9934

    FAMILY PHYSICIAN:




    FAMILY HISTORY OF THE FOLLOWING ALIMENTS:------------------------------------

    PATIENT ALLERGY HISTORY-----------------------------------------------------

    PATIENT MEDICAL HISTORY-----------------------------------------------------
     CHILDHOOD DISEASES:........................................
     DENIES

     SURGERY:..................................................
     DENIES

     FRACTURES:................................................
     DENIES

     GUNSHOT WOUNDS:...........................................
     DENIES

     STAB WOUNDS:..............................................
     DENIES
```

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA                 SCDC HEALTH SERVICES: MEDICAL SUMMARY               C045560

SCDC# 242498      MANN,ANTHONY -                                        PAGE   26
```

PATIENT HAS A HISTORY OF---------------------------------------------------------
  MENTAL HEALTH HISTORY

CURR MED/DENTAL/MENTAL HX:-------------------------------------------------------
  DENIES

CURRENT MEDICATIONS:-------------------------------------------------------------
  DENIES

GENERAL APPEARANCE:--------------------------------------------------------------

BEHAVIOR:------------------------------------------------------------------------

COMMENTS:------------------------------------------------------------------------
  DENIES

VITALS:--------------------------------------------------------------------------
  HEIGHT: 5 FT11 IN   WEIGHT:    0   TEMP: 000.0   PULSE:    0
  BP:    0/   0  RESP:    0
  VISION SCREEN WITHOUT GLASSES:  R:20/  0   L:20/  0
                   WITH GLASSES:  R:20/  0   L:20/  0

VACCINES:------------------------------------------------------------------------
---------------------------------------------------------------------------------
  SIGNED OFF ON 11/19/10 AT 16:56 BY MARIE J HAY, LICENSED PRACTICAL NURSE
  INDICATED NO NEED FOR DOCTORS REVIEW

PHYSICAL ABNORMALITIES:----------------------------------------------------------
  NO ABNORMALITIES

CURRENT MEDICAL CONDITIONS:------------------------------------------------------

PHYSCANS COMMENTS:---------------------------------------------------------------

PHYSCANS ORDERS:-----------------------------------------------------------------

NURSES RESPONSE:-----------------------------------------------------------------

** ENCOUNTER:    372 MENTAL HEALTH CLINIC 09/03/10  13:44  BROAD RIVER     COMP
   INDI NOTE-
   D- INMATE COMPLAINED ABOUT SECURITY STAFF, THEN SAID HE WAS ALL RIGHT AND D
   IDN'T WANT TO TALK. NONETHELESS, HE DID NOT REPORT AND MENTAL HEALTH PROBLE
   MS.
   A- ALERT, ORIENTED IN ALL SPHERES, CALM AND COOPERATIVE. DENIED THOUGHTS OF
   S/H, DENIED A/V HALLUCINATIONS AS WELL AS DEPRESSION VIA HEAD NODS.
   P- MONTHLY MONITORING.
   SIGNED OFF ON 09/03/10 @ 13:47 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    371 INSIDE APPOINTMENT    09/03/10   7:20  BROAD RIVER    COMP
   THIS I/M MEDS ARE GOING TO EXPIRE ON 9/26 AND 9/27. PLEASE CONSIDER FOR REN

```
MDCI880D          SOUTH CAROLINA DEPARTMENT OF CORRECTIONS           11/10/11
OMINMDCA          SCDC HEALTH SERVICES: MEDICAL SUMMARY              C045560

SCDC# 242498     MANN,ANTHONY -                                    PAGE    27

    EWAL.
    CHLORZOXAZONE                        500MG
    SIG:TAKE 1 TABLET THREE TIMES A DAY AS NEEDED FOR MUSC
    SIG:LE PAIN. (NOT TO EXCEED 60 PER MONTH)
    START DATE: 09/26/10 TOTAL DAYS: 360
    MD:SAMPSON,DONALD -
    PHENYLGESIC
    SIG:TAKE 1 OR 2 TABLETS 3 TIMES DAILY AS NEEDED FOR MU
    SIG:SCLE PAIN OR HEADACHE. (NOT TO EXCEED 90 PER MONTH
    START DATE: 09/27/10 TOTAL DAYS: 360
    MD:SAMPSON,DONALD -
    SIGNED OFF ON 09/03/10 @  7:28 BY CHERISS   WHITE, LICENSED PRACTICAL NURSE
    RENEWED MEDS: SEE RXMENU
    SIGNED OFF ON 09/03/10 @  8:27 BY DONALD R SAMPSON, PHYSICIAN II
    MAR UPDATED
    SIGNED OFF ON 09/03/10 @ 20:35 BY KAREN Y MCCULLOUGH, LICENSED PRACTICAL NURS

 ** ENCOUNTER:     370 LAB CLINIC              08/24/10   7:13  BROAD RIVER     COMP
    HIV,RPR,HEP A,B+C. COLLECTED SENT TO LAB PER ENC#369.
    SIGNED OFF ON 08/24/10 @  7:14 BY ZOILA    THORNTON, MEDICAL ASSISTANT TECH I

 ** ENCOUNTER:     369 INSIDE APPOINTMENT      08/23/10  20:15  BROAD RIVER     COMP
    ON CALL MD DR HAMMOCK INFORMED OF THE NEED TO HAVE BLD WK DONE. ORDERS RECI
    EVED TO DO FULL PANEL. THIS WAS HEP A,B AND C, HIV, AND RPR. LAB SLIP DONE
    BLOOD DRAWN AT 2215 FROM LEFT ANTECUBITAL SP. TOLERATED PROCEDURE WELL. LAB
    LED AND WILL BE SENT TO LAB IN AM.
    SIGNED OFF ON 08/24/10 @  1:17 BY CHERISS   WHITE, LICENSED PRACTICAL NURSE

 ** ENCOUNTER:     368 SECURITY INIT           08/23/10  19:00  BROAD RIVER     COMP
    RECIEVED CALL FROM CAPTAIN WILSON,I/M MANN WILL BE PLACED IN THE CHAIR.
    UPON ARRIVAL TO SMU,I/M WAS IN THE HALLWAY WITH SECURITY IN A STANDING
    POSITION. NOTED WITH FACE MASK,BELLY CHAINS,& LEGS IRONS.ALL FOUR EXTERMITE
    S WITH GOOD CIRCULATION.I/M PLACED IN CHAIR BY SECURITY.FACE MASK WAS REMOV
    ED NOTED WITH A MODERATE OF BLOOD ON FACE.1 INCH LONG LACERATION NOTED TO
    MIDDLE OF FRONTAL REGION OF HEAD ,1/4 INCH DEPTH WITH MILD REDDNESS NOTED
    TO SURROUNDING AREA.UNABLE TO EXAM TEETH.I/M WOULD NOT OPEN MOUTH.ABLE TO
    PLACE PINKY FINGER IN HANDCUFFS.CAPILLARY REFILL BRISK.ABLE TO MOVE FINGERS
    GOOD CIRCULATION NOTED TO LOWER EXTERMITES,ABLE TO PLACE FINGER.PEDAL PULSE
    PRESENT.CALL PLACED TO DR.HAMMOCK WHO WAS ADVISED OF ABOVE.GAVE TELEPHONE
    ORDER : CLEAN LACERATION WITH STERILE WATER,DRY WELL, & STERI STRIP.
    T.O. DR.HAMMOCK,MD/MARIE HAY LPN******************************************
    ON-COMING SHIFT ADVISED OF ORDERS,WILL KEEP OPEN UNTIL COMPLETED.
    SIGNED OFF ON 08/23/10 @ 19:42 BY MARIE J HAY, LICENSED PRACTICAL NURSE
    AREA CLEANED WITH WOUND CLEANER AND THREE STERI STRIPS APPLIED.
    TOLERATED WELL.
    SIGNED OFF ON 08/24/10 @  1:10 BY CHERISS   WHITE, LICENSED PRACTICAL NURSE

 ** ENCOUNTER:     367 DOCTOR'S CLINIC         08/18/10   8:50  BROAD RIVER     COMP
    RECEIVED NOTE FROM KCI PHARMACY THAT CAFERGOT IS NOT AVAILABLE FROM THE
    MANUFACTURER AT THIS TIME.
```

```
MDCI880D            SOUTH CAROLINA DEPARTMENT OF CORRECTIONS            11/10/11
OMINMDCA             SCDC HEALTH SERVICES: MEDICAL SUMMARY               C045560

SCDC# 242498     MANN,ANTHONY -                                   PAGE    28

     CURRENTLY, PT HAS PERCOGESIC,PARAFON,VISTARIL,TEGRETOL, & NAT VEG PWD
     PRESCRIBED.
     P:1-CONT. CURRENT MEDS. MONITOR CLINICAL COURSE.
       2-PHARMACIST WILL NOTIFY US WHEN CAFERGOT BECOMES AVAILABLE AGAIN.
     SIGNED OFF ON 08/18/10 @  8:51 BY DONALD R SAMPSON, PHYSICIAN II
     ABOVE NOTED.
     SIGNED OFF ON 08/23/10 @ 10:39 BY MARIE J HAY, LICENSED PRACTICAL NURSE

**  ENCOUNTER:   366 MENTAL HEALTH CLINIC 08/11/10  15:57  BROAD RIVER      COMP
     INDIVIDUAL NOTE-
     THIS INMATE WAS PLACED ON SECURITY STRIP FOR POPPING THE SPRINKLER SYSTEM.
     ALSO, THIS INMATE WAS REMOVED FROM ONE WING TO THE OTHER SIDE AS THIS IS A
     MONTHLY ROTATION.
     D- WRITER ASK INMATE HOW WAS HE DOING AND HE REPLIED, "I'M DOING". INITIALL
     Y REFUSING TO TALK AND WRITER LEFT HIS CELL. AS WRITER MOVED AROUND THE BAY
      AREA. INMATE CALLED WRITER. HE SHARED THAT HE NEEDED TO SPEAK WITHT HE WAR
     DEN AND THE INVESTIGATOR. NO FURTHER INFORMATIONS SHARED. WRITER E-MAIL THE
      WARDEN ABOUT THIS INMATE'S REQUEST AS WELL AS SENT THE SAME TO INVESTIGATO
     R HURT. HENCE, NO THOUGHTS TO HARM HIMSELF OR OTHERS,
     A- SEEMED TO BE ANGRY, POPPED SPRINKLER BECAUSE WHEN HE FOUND OUT ANOTHER I
     NMATE HAD DONE THIS ON THE OPPOSITE WING AS HE AND THIS INMATE TALKED VERY
     REGULAR WHEN HOUSED ON THE SAME WING. BEHAVIOR SEEMED MANIPULATIVE AND AT
     BEST MALINGERING. ALERT, ORIENTED IN ALL SPHERES, CALM AND QUIET AT THIS
     TIME.
     P- MONTHLY REVIEW.
     SIGNED OFF ON 08/11/10 @ 16:05 BY PATRICK F CARTER, HUMAN SERVICES COORD I

**  ENCOUNTER:   365 SECURITY INIT           08/05/10  20:00  BROAD RIVER      COMP
     CALLED TO SMU TO CHECK THIS I/M AFTER HE WAS REMOVED FROM THE RESRAINT CHAI
     R. THERE WERE NO INJURIES NOTED. THERE WAS REDDNESS WHERE THE CUFFS WERE ON
      HIS WRIST AND ANKLES. CAP REFILL TO FINGERS AND TOES WAS 2-3 SEC. HE WAS T
     AKEN BACK TO HIS CELL IN NAD.
     SIGNED OFF ON 08/06/10 @  4:03 BY CHERISS  WHITE, LICENSED PRACTICAL NURSE

**  ENCOUNTER:   364 SECURITY INIT           07/28/10  17:47  BROAD RIVER      COMP
     RECEIVED CALL FROM SGT FAILEY I/M IS BEING PLACED IN BLACK BOX RESTRAINT
     DUE TO BEHAVIOR.I/M AMBULATED TO MEDICAL ESCORTED BY SECURITY .BOTH HANDS
     WERE IN BLACK BOX,ABLE TO WIGGLE FINGERS,CAPILLARY REFILL BRISK.ABLE TO
     MOVE HANDCUFFS UP AND DOWN.LEGS IRONS IN PLACE,ABLE TO PLACE PINKY FINGER
     IN BETWEEN CUFFS.PEDAL PULSE PRESENT.SECURITY ADVISED TO NOTIFY MEDICAL
     WHEN INMATE IS RELEASED FROM RESTRAINT.TEMP 99.0 P 68 R 19 B/P 122/78.
     LEFT MEDICAL ESCORTED BY SECURITY.
     SIGNED OFF ON 07/28/10 @ 17:57 BY MARIE J HAY, LICENSED PRACTICAL NURSE

**  ENCOUNTER:   363 MENTAL HEALTH CLINIC 07/09/10  13:26  BROAD RIVER      COMP
     TREATMENT TEAM NOTE-
     DISCUSSED THIS INMATE, HE HAS NOT VOICED ANY PSYCHIATRIC CONCERNS, HIS DX
     REMAINS BIPOLR D/O AND ADHD. HIS MEDICATIONS ARE TEGRETOL AND VISTARIL. NO
     CHANGES ON THIS INMATE.
     SIGNED OFF ON 07/09/10 @ 13:28 BY PATRICK F CARTER, HUMAN SERVICES COORD I
```

```
MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS              11/10/11
OMINMDCA               SCDC HEALTH SERVICES: MEDICAL SUMMARY                 C045560

SCDC# 242498    MANN,ANTHONY -                                      PAGE    29


** ENCOUNTER:     362 MENTAL HEALTH CLINIC 07/08/10  16:54  BROAD RIVER       COMP
   INDIV NOTE-
   D- WHILE MAKING ROUNDS ON THE WING SAW THIS INMATE LYING IN BED. INITAILLY
   HE REFUSED TO RESPONSE TO THIS WRITER BUT AS STAFF WALKED AWAY INMATE GOT U
   P AND COVERED HIS WINDOW. HE REPORTED TO CCC THAT HE WAS DOING FINE. HE DEN
   IED THOUGHTS OF WANTING TO HURT HIMSELF OR OTHERS. AGAIN, DENIED HABVING AN
   Y PSYCHIATRIC PROBLEMS.
   A- NO S/H IDEAS, NO A/V HALLUC OR FEELINGS OF DEPRESSION. SEEMED TO BE ORIE
   NTED IN ALL SPHERES, CALM AND COOPERATIVE AT THIS TIME.
   P- REVIEW MONTHLY.
   SIGNED OFF ON 07/08/10 @ 16:58 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:     361 MENTAL HEALTH CLINIC 06/29/10  13:10  BROAD RIVER       COMP
   LABS ( 6/18/10 ) NORMAL CREATININE.
    CBC: ACCEPTABLE VALUES.
    TEGRETOL LEVEL: 5.9 ( THERAPEUTIC ).
   SIGNED OFF ON 06/29/10 @ 13:12 BY ROBERT M POILETMAN, PSYCHIATRIST

** ENCOUNTER:     360 MENTAL HEALTH CLINIC 06/25/10  16:00  BROAD RIVER       COMP
   INDIVIDUAL NOTE-
   D- SPOKE WITH INMATE BRIEFLY AT HIS CELL DOOR. HE REPORTED THAT HE WAS DOIN
   G FINE. HE DENIED HAVING ANY TYPE OF HALLUCINATIONS. REPORTED THAT HE WAS T
   AKING HIS MEDICATIONS AS PRESCRIBED. HIS MAIN FOCUS WAS TO WORK ON HIS LEGA
   L MATTERS.
   A- HE DENIED THOUGHTS OF WANTING TO HURT HIMSELF, DID NOT REPORT ANY DEPRES
   SIVE SYMPTOMS. DENIED A/V HALLUCINATIONS. ALERT, ORIENTED IN ALL SPHERES, A
   PPEARING CALM AND COOPERATIVE AT THIS TIME.  MANIPULATIVE AND MALINGERING
   BEHAVIORS. HE DID NOT SEEMED TO BE EXP ANY DISTRESSORS BESIDES BEING IN LOC
   K UP STATUS.
   P- CONTINUE TO MONITOR MONTHLY AND PSYCH APPT PER PROTOCOL.
   SIGNED OFF ON 06/25/10 @ 16:05 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    359 INSIDE APPOINTMENT   06/23/10  15:05  BROAD RIVER       COMP
   SPOKE WITH I/M DURING MID DAY MED PASS, I/M WANTED HIS HEADACHE MEDICATION
   THIS IS THE SECOND TIME HAVE EXPLAINED TO I/M HE NEEDS TO HAVE THE OFFICERS
   CALL BEFORE THE MED PASS TIMES IN ORDER FOR THE NURSES TO HAVE THE MEDICATI
   ON, AS IT IS NOT A ROUTINE MEDICATION, IT IS AS NEEDED FOR HEADACHES
   SEE ENC 355
   WILL SEND A NOTE TO I/M TO KEEP ON THE TIMES HE NEEDS TO NOTIFY SECURITY
   STAFF IN ORDER FOR THEM TO CALL NURSES AND MAKE THEM AWARE OF THE I/M'S
   NEEDS
   I/M WAS GIVEN PERCOGESIC AT THIS MED  PASS WHICH IS ALSO FOR HEADACHES
   WILL SEND CRT TO SECRUITY TO INFORM THEM ALSO
   SIGNED OFF ON 06/23/10 @ 15:10 BY CHERYL L WERRE, LICENSED PRACTICAL NURSE

** ENCOUNTER:     358 MENTAL HEALTH CLINIC 06/21/10  15:05  BROAD RIVER       COMP
   CRISIS FOLLOW UP
   D- SAW INMATE AT HIS CELL. INMATE REPORTED THAT HE WAS DOING FINE AND WAS N
   OT THINKING ABOUT HARMING HIMSELF.
```

```
MDCI880D           SOUTH CAROLINA DEPARTMENT OF CORRECTIONS          11/10/11
OMINMDCA              SCDC HEALTH SERVICES: MEDICAL SUMMARY           C045560

SCDC# 242498    MANN,ANTHONY -                                   PAGE    30

   A- INMATE WAS IN BED WHEN THIS CCC SPOKE WITH HIM. HE DID NOT APPEARED TO B
   E IN ANY DISTRESS. STABLE AT THIS TIME.
   P- WILL CONTINUE TO MONITOR THIS INMATE MONTHLY WHILE HE REMAIN ON LOCK UP
   STATUS.
   SIGNED OFF ON 06/21/10 @ 15:08 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    357 MENTAL HEALTH CLINIC  06/18/10  14:54  BROAD RIVER      COMP
   INCIDENTAL NOTE-
   INMATE SENT A REQUEST TO THIS CCC STATING THAT HE HAS BEEN HAVING DREAMS AB
   OUT KILLING LT. FAILEY. HENCE, LT. FAILEY GAVE ME THE REQUEST ON YESTERDAY.
   PER INMATE, HE HAS HAD SEVERAL DREAMS AND ALL WERE ABOUT THE DEATH OF LT. F
   AILEY. PER INMATE, LT. FAILEY WAS TRYING TO TAKE AWAY HIS LIFE AND THIS HAS
   PROVOKED HIM INTO WANTING TAKE AWAY HER SO BADLY. ACCORDING TO HIS REQUEST,
   HE WAS DREAMING ABOUT THINGS LIKE "SLITTING HER THROAT, STABBING HER IN HER
   EYES, SNAPPING HER BONEY LITTLE NECK AND OTHERS. THIS REQUEST TO STAFF WILL
   BE FORWARD TO CLASSIFICATIONS TO PUT IN HIS WARDEN'S JACKET. AGAIN, LT. FA
   ILEY GAVE THIS REQUEST TO THIS WRITER AND SHE MADE A COPY PRIOR TO GIVING
   IT TO WRITER.
   SIGNED OFF ON 06/18/10 @ 15:07 BY PATRICK F CARTER, HUMAN SERVICES COORD I

** ENCOUNTER:    356 LAB CLINIC            06/18/10   6:51  BROAD RIVER      COMP
   CBC,CREATININE,TEG. COLLECTED SENT TO LAB PER ENC#350.
   SIGNED OFF ON 06/18/10 @  6:51 BY ZOILA    THORNTON, MEDICAL ASSISTANT TECH I

** ENCOUNTER:    355 INSIDE APPOINTMENT    06/17/10   7:56  BROAD RIVER      COMP
   THESE MEDS WILL EXP ON 6/29/10. PLEASE CONSIDER FOR RENEWAL.
   CHLORZOXAZONE                    500MG
   SIG:TAKE ONE TABLET THREE TIMES A DAY AS NEEDED FOR MU
   SIG:SCLE PAIN NOT TO EXCEED 60 PER MONTH
   START DATE: 06/29/10 TOTAL DAYS:   90
   MD:SAMPSON,DONALD -
   CAFERGOT
   SIG:TAKE 2 TABLETS AT ONSET OF HEADACHE, THEN 1 THREE
   SIG:TIMES DAILY AS NEEDEDNTE 6 PER ATTACK/10 PER WEEK
   START DATE: 06/29/10 TOTAL DAYS:   90
   MD:SAMPSON,DONALD -
   SIGNED OFF ON 06/17/10 @  8:02 BY CHERISS   WHITE, LICENSED PRACTICAL NURSE
   RENEWED MEDS: RXMENU
   SIGNED OFF ON 06/17/10 @ 14:03 BY DONALD R SAMPSON, PHYSICIAN II
   MAR UPDATED.
   SIGNED OFF ON 06/21/10 @   :19 BY MARIE A SHERMAN, LICENSED PRACTICAL NURSE

** ENCOUNTER:    354 INSIDE APPOINTMENT    06/15/10  13:57  BROAD RIVER      COMP
   AS PER SECURITY STAFF AND I/MS OWN ADMISSION, I/M CONSUMED EVENING MEAL
   ON 6/14/10 AND BREAKFAST AND LUNCH TODAY, THEREFORE ENDING HUNGER STRIKE.
   I/M ASSESSED IN MEDICAL TODAY. I/M AMBULATED TO MEDICAL IN LEG AND BELLY
   CHAINS, GATE STEADY. AAOX3. SKIN WARM AND DRY.LUNGS CLEAR, HEART RRR. ABD
   SOFT, NON-DISTENDED. BOWEL SOUNDS PRESENT X 4 QUADRANTS. SKIN TURGOR GOOD.
   PALLOR WNL WITH PALE PURPLISH DISCOLORATION NOTED BENEATH BILAT EYES. I/M
   DENIES PAIN OR DISCOMFORT AT THIS TIME. PER I/M HE HAS NOT HAD ANY PROBLEMS
```