AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony L. Mann<br>*Plaintiff*<br>v.<br>Lt. C. Failey; Maj. Sheronda Sutton; Warden Robert Stevenson, III; Ass. Warden Larry Cartledge; Ass. Warden John Barkley; Inv. David Hurt; Valerie Whitaker; Classification Mngr Macon; Donald Sampson, MD; Robyn Elerby; E. Keitt; James Harris, III; Capt. Percy Jones; Capt. Wilson; Lt. Willie Simmons; Lt. T. Johnson; Sgt. Belue; Sgt. Young; Sgt. Herman Wright; Sgt. Keith Moore; Cpl. Otis Daniels; Cpl. Vincent Manley; Cpl. Smalls; Cpl. Ray; Ofc. Murray; Ofc. McNeal; Ofc. Cox; Christian Manganelli; C. Cook;<br>*Defendants* | Civil Action No.   0:11-cv-2232-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  summary judgment is entered in favor of defendants; Ass. Warden John Barkley, Sgt. Belue, Ass. Warden Larry Cartledge, C. Cook, Ofc. Cox, Cpl. Otis Daniels, Robyn Elerby, Lt. C. Failey, James Harris, III, Inv. David Hurt, Lt. T. Johnson, Capt. Percy Jones, E. Keitt, Classification Mngr. Macon, Christian Manganelli, Cpl. Vincent Manley, Ofc. McNeal, Sgt. Keith Moore, Cpl. Ray, Donald Sampson, Lt. Willie Simmons, Cpl. Smalls, Warden Robert Stevenson, III, Maj. Sheronda Sutton, Valerie Whitaker, Capt. Wilson, Sgt. Herman Wright, and Sgt. Young.  The plaintiff, Anthony L. Mann, shall take nothing of these defendants as to the complaint filed pursuant to 42 U.S.C. §1983 and the case against these defendants is dismissed with prejudice.

■   the plaintiff, Anthony L. Mann, shall take nothing of defendant Ofc. Murray as to the complaint filed pursuant to 42 U.S.C. §1983 and the case against this defendant is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting in part the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, and granting defendants Ass. Warden John Barkley, Sgt. Belue, Ass. Warden Larry Cartledge, C. Cook, Ofc. Cox, Cpl. Otis Daniels, Robyn Elerby, Lt. C. Failey, James Harris, III, Inv. David Hurt, Lt. T. Johnson, Capt. Percy Jones, E. Keitt, Classification Mngr. Macon, Christian Manganelli, Cpl. Vincent Manley, Ofc. McNeal, Sgt. Keith Moore, Cpl. Ray, Donald Sampson, Lt. Willie Simmons, Cpl. Smalls, Warden Robert Stevenson, III, Maj. Sheronda Sutton, Valerie Whitaker, Capt. Wilson, Sgt. Herman Wright, and Sgt. Young's motion for summary judgment.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, in the Order dated June 29, 2012, adopting the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed defendant Ofc. Murray without prejudice.

Date:   March 6, 2013                                    *CLERK OF COURT*

                                                          s/J. Peterson
                                                    ―――――――――――――――――――
                                                    *Signature of Clerk or Deputy Clerk*