## MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL

Instructions: Complete this form and file it with the joint Rule 26(f) Report.

Case Name: Anthony Manny v. Failey, et al.

C/A No.: 0:11cv02232

1. Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?

    **RESPONSE**: No.

2. If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?

    **RESPONSE**: Following the deadline to complete discovery which is set for April 6, 2015.

3. Please provide the court with any additional information that would assist in setting a timeline for required mediation.

    **RESPONSE**: None at this time.

*s/F. Xavier Starkes*
Fernando Xavier Starkes
Starkes Law Firm, LLC
PO Box 1497
Columbia, SC 29202
Attorney for Plaintiff

*s/Stanley Myers*
Stanley Myers
Moore Taylor Law Firm
PO Box 5709
Columbia, SC 29202
Attorney for Plaintiff

s/*Richard E. Marsh, III*
Daniel R. Settana, Jr.
Richard E. Marsh, III
McKay, Cauthen, Settana & Stubley, P.A.
1303 Blanding Street
P.O. Drawer 7217
Columbia, SC   29202
Attorneys for Defendants

Columbia, South Carolina
November 12, 2014