UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Anthony L. Mann,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lt. C Failey, et al.,<br><br>　　　　　Defendant. | C/A No. 0 11-2232-RMG<br><br>**RULE 26(a)(1) STIPULATION** |

　　　The parties in this matter have stipulated not to make Rule 26(a)(1) Initial Disclosures, but to respond to these in discovery.

*s/F. Xavier Starkes*
Fernando Xavier Starkes
Starkes Law Firm, LLC
PO Box 1497
Columbia, SC 29202
Attorney for Plaintiff

*s/Stanley Myers*
Stanley Myers
Moore Taylor Law Firm
PO Box 5709
Columbia, SC 29202
Attorney for Plaintiff

s/*Richard E. Marsh, III*
Daniel R. Settana, Jr.
Richard E. Marsh, III
McKay, Cauthen, Settana & Stubley, P.A.
1303 Blanding Street
P.O. Drawer 7217
Columbia, SC   29202
Attorneys for Defendants

Columbia, South Carolina
November 12, 2014