UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Anthony L. Mann, ) | C/A No. 0 11-cv-2232-RMG |
|         Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Lt. C. Failey, Maj. Sheronda Sutton, Warden ) | |
| Robert Stevenson, III, Ass.Warden Larry ) | **PLAINTIFF'S DESIGNATION OF** |
| Cartledge, Ass. Warden John Barkley, Inv. ) | **EXPERT PURSUANT TO** |
| David Hurt, Valeria Whitaker, Classification ) | **FRCP Rule 26(a)(2)(b)** |
| Mngr. Macon, Donald Sampson, MD; Robyn ) | |
| Elerby; E. Keitt, James Harris, III; Capt. ) | |
| Percy Jones, Capt. Wilson, Lt. Willie ) | |
| Simmons, Lt. T. Johnson; Sgt. Belue; Sgt. ) | |
| Young, Sgt. Herman Wright; Sgt. Keith ) | |
| Moore, Cpl. Otis Daniels, Cpl. Vincent ) | |
| Manley; Cpl. Smalls, Cpl. Ray, Ofc. Murray ) | |
| Ofc. McNeal; Ofc. Cox, Christian ) | |
| Manganelli, C. Cook, ) | |
|         Defendants. ) | |
| _____ ) | |

**TO:     DANIEL R. SETTANA, JR., ESQUIRE, AND ERIN FARRELL FARTHING, ESQUIRE, ATTORNEYS FOR THE DEFENDANTS**

Pursuant to Rule 26(a)(2)(b), Plaintiff designates the following individual as an expert at the trial of this matter:

    John O'Leary, Esquire
    O'Leary Associates, P.A.
    714 Calhoun Street
    Columbia, South Carolina 29201
    (803) 779-5556

Mr. O'Leary is an expert in law enforcement and corrections tactics, procedures, policies, training, and management who will offer opinions regarding the actions/inactions of any law enforcement individuals/departments.

If Plaintiff receives any reports from this expert, such report will be provided to defense counsel.

                          By: S/Fernando Xavier Starkes_____

2

        Fernando Xavier Starkes
        1817 Hampton Street (Fed. I.D. No. 3946)
        Columbia, South Carolina 29201
        (803) 758-2882
        Stanley L. Myers (Fed. I.D. 9277)
        Post Office Box 5709
        West Columbia, South Carolina 29171
        (803) 796-9160

        ATTORNEYS FOR PLAINTIFF

Columbia, South Carolina
March 5, 2015.