UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Anthony L. Mann | ) | No. 0:11-cv-02232-RMG |
| | ) | |
| Plaintiff, | ) | **SECOND CONSENT** |
| | ) | **AMENDED SCHEDULING** |
| -versus- | ) | **ORDER** |
| | ) | |
| Lt. C. Failey, et al. | ) | Judge Richard Mark Gergel |
| | ) | |
| Defendant(s). | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Discovery shall be completed no later than **July 6, 2015**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

2. Motions in limine must be filed at no later than **July 13, 2015**.

3. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **July 20, 2015**. (Fed.R.Civ.P.16(b)(2)).

4. Mediation shall be completed in this case on or before **August 7, 2015**. See Mediation Order filed November 13, 2014 for specific mediation requirements.

5. No later than **twenty-one (21) business days prior to jury selection** the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter- designations under Fed.R.Civ.P. 32(a)(4).

6. Parties shall furnish the Court pretrial briefs five (5) days prior to the date set for jury selection (Local Civil Rule 26.05).[1] Attorneys shall meet at least five (5) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

10. This case is subject to being called for jury selection and/or trial on or after **October 1, 2015.**

_____
The Honorable Richard M. Gergel
United States District Judge

April _27_, 2015
Charleston, South Carolina