UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Anthony L. Mann,<br><br>        Plaintiff,<br><br>vs.<br><br>Lt. C Failey, Maj. Sheronda Sutton, Warden Robert Stevenson, III; Ass Warden Larry Cartledge; Ass. Warden John Barkley; Inv David Hurt, Valerie Whitaker, Classification Mngr Macon, Donald Sampson, M.D.; Robyn Elergy; E. Keitt, James Harris, III; Capt Percy Jones, Capt. Wilson, Lt Willie Simmons, Lt. T. Johnson; Sgt. Belue; Sgt. Young, Sgt. Herman Wright; Sgt. Keith Moore; Cpl. Otis Daniels, Cpl. Vincent Manley; Cpl. Smalls, Cpl. Ray, Ofc Murray; Ofc. McNeal; Ofc. Cox, Christian Manganelli, C. Cook,<br><br>        Defendants. | C/A No. 0:11-cv-2232-RMG<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION IN LIMINE TO EXCLUDE EVIDENCE OF INTERACTIONS BETWEEN DEFENDANTS AND OTHER INMATES** |

**TO:  XAVIER STARKES, ESQUIRE; STANLEY MYERS, ESQUIRE; ATTORNEYS FOR PLAINTIFF:**

Plaintiff filed his Response (ECF No. 266) to Defendants' Motion in *Limine* to Exclude Evidence of Interactions Between Defendants and Other Inmates. (ECF No. 250). Pursuant to Local Rule 7.07, DSC, Defendants, by and through the undersigned attorneys, hereby submit this Reply to address issues raised in Plaintiff's Response and also to further support their Motion in *Limine* to Exclude Evidence of Interactions Between Defendants and Other Inmates (hereinafter "Motion").

While Plaintiff argues that interactions between the Defendants and inmates other than Plaintiff can be brought out through personal testimony, those interactions that do not involve

2

Plaintiff are inadmissible. Defendant seeks to exclude interactions such as prior disciplinaries, corrective actions, and other interactions or encounters between Defendants' and other SCDC employees and other inmates or alleged witnesses to this lawsuit. This information and/or documentation is wholly irrelevant to the allegations contained within the Complaint, and consequently, are highly prejudicial and are not admissible.

                Respectfully submitted,

                *s/Richard E. Marsh, III*
                Daniel R. Settana, Jr., Fed. ID No. 6065
                Richard E. Marsh, III, Fed. ID No. 11722
                McKay, Cauthen, Settana & Stubley, P.A.
                1303 Blanding Street
                P.O. Drawer 7217
                Columbia, SC   29202
                (803) 256-4645
                Attorneys for Defendants

Columbia, South Carolina
August 10, 2015