UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Anthony L. Mann, <br><br> Plaintiff, <br><br> vs. <br><br> Lt. C Failey, Maj. Sheronda Sutton, Warden Robert Stevenson, III; Ass Warden Larry Cartledge; Ass. Warden John Barkley; Inv David Hurt, Valerie Whitaker, Classification Mngr Macon, Donald Sampson, M.D.; Robyn Elergy; E. Keitt, James Harris, III; Capt Percy Jones, Capt. Wilson, Lt Willie Simmons, Lt. T. Johnson; Sgt. Belue; Sgt. Young, Sgt. Herman Wright; Sgt. Keith Moore; Cpl. Otis Daniels, Cpl. Vincent Manley; Cpl. Smalls, Cpl. Ray, Ofc Murray; Ofc. McNeal; Ofc. Cox, Christian Manganelli, C. Cook, <br><br> Defendants. | C/A No. 0:11-cv-2232-RMG <br><br> **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION** |

This matter comes before the Court upon the Consent Motion of the parties pursuant to Rule 16(b)(4) and Local Civil Rule 16.02 to the extend the deadline to complete mediation for good cause shown in the above referenced case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the parties shall have until August 31, 2015 to complete mediation.

IT IS SO ORDERED.

_____
Richard M. Gergel
United States District Judge

Charleston, South Carolina
August 12, 2015