# THE HONORABLE RICHARD MARK GERGEL
## CIVIL JURY/NON-JURY CALENDAR
## JANUARY 12, 2016 TERM OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT AND CHARLESTON  DIVISIONS

TO:   MEMBERS OF THE BAR HAVING CIVIL CASES LISTED BELOW:

### JURY

**0:11-cv-2232  Mann v. Failey et al**
*\*Please note: This case to be tried in Columbia. Counsel to contact Eunice Ravenel-Bright, courtroom deputy, or Sandra Shealy, case manager, in the Charleston Clerk's office after the Bar meeting for further instruction as to jury selection date details, obtaining juror questionnaires, etc.*

**2:13-cv-2700  Collins v. McCall et al**

**9:13-cv-3495  Wilson v. Davis**

**2:14-cv-2567  East Bridge Lofts Property Owners Association Inc et al v. Crum & Forster Specialty Insurance Company**

**2:14-cv-4928  Thomas Daniels Agency Inc v. Nationwide Insurance Company of America**

**2:15-cv-628   Landry et al v. Diversified Maintenance Systems LLC**

**2:15-cv-1069  OTL Mechanical Inc v. K-Con Inc**

### NON-JURY

**9:13-cv-1551  Reynolds v. United States of America, The et al**

**2:14-cv-4897  Conseco Life Insurance Company v. Deal et al**

**PLEASE TAKE NOTICE** that a **BAR MEETING** has been scheduled for **TUESDAY, DECEMBER 1, 2015  AT 11:00 AM,** in Courtroom To Be Determined, J Waties Waring Judicial Center, Meeting Street at Broad, Charleston, South Carolina to set a  roster of cases to be tried during the  **TERM OF COURT COMMENCING JANUARY 12, 2016.**

**JURIES FOR THE CASES TO BE TRIED WILL BE DRAWN TUESDAY, JANUARY 12, 2015 AT 9:00 AM in Courtroom To Be Determined IN CHARLESTON, SOUTH CAROLINA.**

**ALL ATTORNEYS WITH CASES SET TO BE TRIED DURING THIS TERM MUST FILE MOTIONS IN LIMINE <u>NO LATER THAN FIFTEEN BUSINESS DAYS BEFORE JURY SELECTION</u> AND SUBMIT TO CHAMBERS AND SERVE PRETRIAL BRIEFS <u>NO LATER THAN FIVE BUSINESS DAYS BEFORE JURY SELECTION.</u>**

Any requests for continuance setting forth the reasons for the request need to be e-mailed to **gergel_ecf@scd.uscourts.gov** at least three business days prior to the Bar Meeting.

**JURY LISTS** and **JUROR QUESTIONNAIRES** will be available through Broad Street Printing seven (7) days prior to jury selection**.  PURSUANT TO LOCAL RULE 47.02** attorneys and parties must comply with the following procedure for inspecting or purchasing Juror Questionnaires and Jury Lists.  You must make your request on a "JUROR QUESTIONNAIRE LIST REQUEST FORM" (available on Website at www.scd.uscourts.gov).  After completion, submit the form to the Clerk's Office for a deputy clerk's approval.  You must then present the form to Broad Street Printing, located in Summerville, SC, via fax (843) 873-0483.  The information contained within these documents shall be used solely for evaluating potential jurors for jury service and is not to be used or distributed for any other purpose.  Any person wanting to obtain this information for any other purpose must petition the Court for a hearing.  If you have any questions about this procedure, please call the Jury Administrator, Jeff Cargile at (803) 253-3198.  **THE QUESTIONNAIRE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

Attorneys are required to **CONFER AND SUBMIT A JOINT LIST OF POTENTIAL STRIKES FOR CAUSE** using the attached Strikes for Cause form. This form must be submitted **two (2) business days before jury selection** to chambers by e-mail to **gergel_ecf@scd.uscourts.gov** by **8:00 AM on FRIDAY, JANUARY 8, 2016.**  If we do not receive a form, you will be waiving your option to strike for cause.

It is also required that:

1.  **ALL REQUESTS TO CHARGE shall be submitted to the court with the pretrial brief**, in accordance with the instructions provided in "SPECIAL INSTRUCTIONS FOR CASES BEFORE JUDGE RICHARD MARK GERGEL," attached hereto and available on the District Court's website at www.scd.uscourts.gov. Please be reminded that requests to charge must be filed in addition to submitting to chambers.

2.  **ALL REQUESTS FOR VOIR DIRE shall be submitted to the court with the pretrial brief.** Please be reminded that voir dire must be filed in addition to submitting to chambers.

3.  Attorneys for each side shall meet at least five (5) business days prior to the date set to file and serve pretrial briefs for the purpose of agreeing and marking all exhibits to be used at trial and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the attorneys shall notify the Court of such objection at least five (5) business days prior to trial. Otherwise, such objections will be deemed waived.

4.  If a case is settled, please notify the Court immediately by calling the case manager in the Clerk's Office.

Should you have difficulty accessing any information or forms, or if you have any questions concerning this calendar, please contact Sandra Shealy, case administrator, at (843) 579-1406 or Eunice Ravenel-Bright, courtroom deputy, at (843) 579-1404, in the Charleston Clerk's Office.

BY DIRECTION OF THE COURT:

ROBIN L. BLUME, CLERK
November 10, 2015                                  UNITED STATES DISTRICT COURT

**United States District Court**
**District of South Carolina**
**The Honorable Richard Mark Gergel**

## Strikes for Cause

(Based on Responses from Court Questionnaires)

Case Name _____    Case Number _____

| Juror # | Juror Name | Question # at Issue | Concern (if not self-evident) | Parties Agree | Striking Juror is Opposed By |
|---------|-----------|--------------------|-------------------------------|---------------|------------------------------|
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |
| | | | | Y/N | P/D |

Attorneys must **confer** and use this form to
**submit a joint list** of potential strikes for cause.
**PLEASE E-MAIL THIS FORM  TO: gergel_ecf@scd.uscourts.gov**
by **8:00 AM on FRIDAY JANUARY 8, 2016.**